# EXHIBIT "B"

**EXHIBIT B – '568 Patent Infringement Claim Chart**

| U.S. Pat. 10402568 | Samsung Knox |
|---|---|
| 1. A multi-tiered access control system for securing data of an enterprise comprising: | Samsung Knox is a multi-tiered access control system for securing data of an enterprise in a separate partition from non-enterprise data of the user by way of a secure container (as shown in the chart below). "Samsung Knox is built-in security on Samsung devices. The Knox Validated Partner Program confirms that ManageEngine MDM is officially tested by Samsung to work deeply with Knox features so you get secure, reliable Samsung device management."[1] <br><br> **Knox success stories** <br><br> Knox has been deployed by leading organizations in industries such as government, finance, and healthcare. See how businesses like yours are growing with Knox solutions. <br><br> PEPSICO — Food and beverage · PRUDENTIAL — Insurance · Grab — Transportation and delivery · TIM — Telecommunications · KIA (The Power to Surprise) — Manufacturing · NCR — Information technology · LEROY MERLIN — Retail <br><br> [2] |

---

[1] https://www.manageengine.com/mobile-device-management/mdm-knox-validated-partner.html?utm_source=bingads&utm_medium=cpc&network=o&device=c&keyword=samsung%20knox&campaignid=401373857&matchtype=e&adgroup=1310618113677038&location=80421&searchterm=samsung%20knox&msclkid=1483504f386514f7a6853993d30b8f38&utm_campaign=Bing%20-%20MDMP%20Search%20-%20USA&utm_term=samsung%20knox&utm_content=Samsung%20Knox

[2] https://www.samsungknox.com/en/success-stories.



"Samsung KNOX is a new Android-based solution designed from the ground up with security in mind to address the perception of the current open source Android platform.  Samsung KNOX retains full compatibility with Android and the Google ecosystem while integrating fundamental security and management enhancements. All of these advantages make Samsung KNOX the perfect choice for both regulated and general ==enterprise== environments."  *White Paper : An Overview of Samsung KNOX™ (June 2013), at 2.*

"In addition, Samsung KNOX has been submitted to the  US Government and Department of Defense (DoD) for compliance with initiatives, requirements and standards for mobile device security to enable its use in government and other highly regulated ==enterprise== environments."  *Id.*

---

[3]  *Id.*

2



Figure 1 – Samsung KNOX Makes Android Enterprise-Ready

*Id.*

3

| | |
|---|---|
| | "KNOX is Samsung's defense-grade ==mobile security platform== built into our newest devices." *White Paper: An Overview of the Samsung KNOX Platform (April 2015),* at 2.<br><br>"The KNOX Workspace container is designed to separate, isolate, encrypt, and protect work data from attackers. ==This enterprise-ready solution== provides management tools and utilities to ==meet security needs of enterprises large and small==."  *Id.* at 2.<br><br>KNOX is a multi-tiered access controlled system:<br><br><br><br>Figure 1 – Samsung KNOX Platform, Workspace, Management Tools and Utilities<br><br>*Id.* at 2.<br><br>In 2013, Samsung released Samsung Knox (TM) for ==any size enterprise==, affording them complete control over how they implement their mobile security model.<br>*Whitepaper: Samsung Knox™ Security Solution (Version 2.2 May, 2017), at 5.* |

4



Figure 1 – Samsung Knox Security Solution

*Whitepaper: Samsung Knox™ Security Solution (Version 2.2 May, 2017), at 11.*

"**Scope of access control**
Samsung's custom version of SE for Android provides the following unique features:
• MAC on APIs (control who can invoke your APIs)
• Knox Workspace isolation of personal & business data

5

| | |
|---|---|
| | • On-the-fly workspace creation for security cusomtizations  [sic, customizations]<br>• Quick-response policy updates (no carrier-approved firmware updates required to plug vulnerabilities)<br>• Strong application isolation beyond Android's access control<br>• Extensible MAC for new Knox features"<br>Id. at 38.<br><br>"Since introduced in 2013, Knox has secured over 2 billion Samsung devices and is used to manage over 150 million devices. Trusted around the world, Knox has helped over 35,000 businesses achieve their goals at a global scale."[4]<br><br>Samsung itself uses the Knox system internally.  In addition to making the Knox system, and selling (licensing) its use to third parties for a fee, Samsung also has extensively tested (used) the Knox system to validate all of its performance-related claims associated with the Knox system. |
| A) a plurality of mobile computing devices, at least one mobile computing device comprising: | 1 billion+ Samsung devices and 70 million devices are managed using Samsung Knox.[5]  This figure includes Samsung mobile phones.<br><br>"Since introduced in 2013, Knox has secured over 2 billion Samsung devices and is used to manage over 150 million devices. Trusted around the world, Knox has helped over 35,000 businesses achieve their goals at a global scale."[6]<br><br>"Samsung Knox is specifically designed to be integrated with Samsung devices, and therefore, it cannot be natively used on non-Samsung smartphones or tablets. The functionalities and features of Knox, such as the secure boot process and other hardware-level protections, rely on specific configurations and components available in Samsung devices."[7] |

---

[4]  https://www.samsungknox.com/en/about-knox.
[5]  https://www.samsungknox.com/en.
[6]  https://www.samsungknox.com/en/about-knox.
[7]  https://softhandtech.com/do-you-have-to-pay-for-samsung-knox/#google_vignette.

<table>
<tr>
<td></td>
<td>

"Make <mark>Samsung Galaxy</mark> more powerful for work with Knox Suite In today's business landscape, where mobile devices are indispensable, efficiently securing and managing these devices is crucial.

Get the most from <mark>your Galaxy devices</mark> with Samsung Knox Suite by simplifying management, enhancing security, and delivering unparalleled, customized mobile work experience that let IT admins and employees focus on what matters most. Samsung Knox Suite is an all-in-one solution package designed to manage and secure work devices.

<mark>Optimized for Samsung Galaxy</mark>, it streamlines every step of the mobile journey for IT admins from setup to use and management." [8]



**Fully Optimized for the Samsung Galaxy Ecosystem**

Because we build our own devices, security platforms, and solutions too, **Knox Suite unlocks advanced and granular features unique to us.**

[9]

</td>
</tr>
</table>

---

[8] https://kp4-cdn.samsungknox.com/resource/Knox_Suite_Leaflet_without_Companion_Plan_202512_v2_7w9G.pdf, at 1.
[9] *Id.* at 1.

7

| | |
|---|---|
| | "Samsung's deep hardware integration with Samsung devices provides tightly integrated management, security, and analytics features for large device fleets of Samsung smartphones and tablets used widely by large enterprises and other organizations."[10]<br><br>"Because we make the devices, we can offer the most relevant and timely insights into their security status, enabling you to take proactive and effective action."[11]<br><br>"Tailor Samsung Galaxy devices to meet specific work needs with Knox Suite."[12]<br><br>"Knox Suite excels at delivering extensive insights on Galaxy devices, empowering IT admins to make informed decision quickly and proactively address potential issues."[13] |

---

[10]   *Id.* at 1.
[11]   *Id.* at 1.
[12]   *Id.* at 2.
[13]   *Id.*, at 2.

Included with Galaxy
smartphone and tablets

Knox Suite
Base Plan

For businesses seeking a simple, secure foundation to get Samsung Galaxy ready for work

· Government-grade device and data protection
· Simple, secure setup and provisioning
· Access to EMM control policies

[14]

Knox Manage component of Knox Suite:  "Simplify the way you remotely manage your mobile fleet and empower your workforce to achieve more, in office or in field. Designed to provide powerful management through easy-to-access UX, and optimized to fully leverage Samsung devices and solutions."[15]

"End-to-end customer support on Samsung devices, OS, and solutions."[16]

---

[14]  *Id.* at 3.
[15]  https://www.samsungknox.com/en/solutions/it-solutions/knox-manage.
[16]  *Id.*

9

| | "The Chicago Police Department has equipped over 10,000 officers with Samsung Galaxy devices, revolutionizing how they work and engage with their communities. With Knox Suite managing these devices, the department is enhancing efficiency, security, and mobility—ushering in a new era of law enforcement."[17] |
|---|---|
| | At least the following Samsung mobile devices are secured with Knox and built to support the features and functions of the Knox platform: Galaxy A37 5G, Galaxy A57 5G, Galaxy S26, Galaxy S26 Ultra, Galaxy S26+, Galaxy A06, Galaxy A06 5G, Galaxy A07, Galaxy A07 5G, Galaxy A15, Galaxy A15 5G, Galaxy A16, Galaxy A16 5G, Galaxy A17, Galaxy A17 5G, Galaxy A24, Galaxy A25 5G, Galaxy A26 5G, Galaxy A33 5G, Galaxy A34 5G, Galaxy A35 5G, Galaxy A36 5G, Galaxy A53 5G, Galaxy A54 5G, Galaxy A55 5G, Galaxy A56 5G, Galaxy A73 5G, Galaxy C55 5G, Galaxy F06 5G, Galaxy F07, Galaxy F15 5G, Galaxy F16 5G, Galaxy F17 5G, Galaxy F34 5G, Galaxy F55 5G, Galaxy F56 5G.[18]  Each of these devices also utilize an Android operating system, as discussed further below. |
| | "But if you've ever used a Samsung Galaxy smartphone, you may have seen the 'Secured by Knox' branding on the packaging and boot screen."[19] |
| **[A1]** a central processing unit (CPU); | Each Samsung mobile phone utilizes a CPU.<br><br>"The processor is a smartphone's central computational unit where its apps and OS reside and run. The processor is physically connected to the phone's antennas, internal storage drives, removable SD cards, and docking ports." *Whitepaper: Samsung Knox™ Security Solution (Version 2.2 May, 2017), at 5.* |
| **[A2]** a basic input/output system (BIOS) executable by the CPU; | Any Samsung mobile phone has a BIOS executable by a CPU as a startup process (also referred to as a boot process) whereupon an OS is loaded for the mobile phone. |

[17]  https://www.samsungknox.com/en/success-stories.
[18]  A more complete list of Samsung devices is located at https://www.samsungknox.com/en/knox-platform/supported-devices/kc.
[19]  https://www.androidauthority.com/what-is-samsung-knox-3272792/.

| | |
|---|---|
| | "Secure Boot is a procedure that prevents "unauthorized" operating systems and software from loading during the startup process. Firmware images (that is, operating systems and other system components) that are cryptographically signed by known, trusted authorities are considered as "authorized" firmware. Secure Boot is the first line of defense against malicious attacks on KNOX-based mobile devices." *White Paper : An Overview of Samsung KNOX™ (June 2013), at 3.*<br><br>"The startup process for Android begins with the primary bootloader, which is loaded from ROM. This code performs basic system initialization and then loads another bootloader, called a secondary bootloader, from the file system into RAM and executes it. Multiple secondary bootloaders may be present, each for a specific task. The boot process is sequential in nature with each secondary bootloader completing its task and executing the next secondary bootloader in the sequence, finally loading the Android bootloader known as *aboot*, which loads the Android operating system." *White Paper: An Overview of the Samsung KNOX Platform (April 2015),* at 4.<br><br>"User applications are not immediately available when a device is powered on. Instead, a succession of software components initiate, with each component starting the next in the chain. Once initially powered, the hardware starts a bootloader running the operating system kernel." *Whitepaper: Samsung Knox™ Security Solution (Version 2.2 May, 2017), at 14.* |
| **[A3]** memory configured to store data, including data of said enterprise; | Any Samsung mobile phone has memory configured to store data of an enterprise.<br><br>"Samsung KNOX allows a 'Work' container to be setup for corporate applications such as email, calendar, browser, storage clients, and so on, and the container will ensure that any data downloaded from the enterprise, such as email attachments and files, cannot be accessed by applications outside the container. All the data stored by applications inside the container are encrypted via strong encryption algorithms (AES-256). A password is required to gain |

<table>
<tr>
<td></td>
<td>access to applications inside the container." *White Paper : An Overview of Samsung KNOX™ (June 2013), at 6.*



**Separate and secure confidential data**

Create a secure space on your device to store your private data and apps. Data from commonly used native apps can easily be moved to a Secure Folder by selecting **'Add to Secure Folder'** from the menu.

Apps and data in a Secure Folder are isolated from the rest of the device, providing an additional layer of security and privacy to protect them from malicious attacks.

[20]

  See also discussion of Claim 1[A7], Claim 1[A8] and Claim 1[A9], which further discloses configuration of device memory to store enterprise and non-enterprise data.</td>
</tr>
<tr>
<td>**[A4]** a native operating system that provides an environment for said at least one mobile computing device to support at least one software application, wherein the native operating system is configured to be loaded by the BIOS;</td>
<td>Android is a native OS.  It is loaded by the BIOS of a Samsung mobile phone during the boot process, after power-on.[21]

"With over 75% of the smartphone market share as of 3Q 20121, <mark>Android is currently the world's most popular smartphone platform</mark>." *White Paper : An Overview of Samsung KNOX™ (June 2013), at 2.*

"SE for Android, however, relies on <mark>the assumption of OS kernel integrity</mark>. If the Linux kernel is compromised (by a perhaps as yet unknown future vulnerability),</td>
</tr>
</table>

---

[20] https://www.samsungknox.com/en/solutions/personal-apps/secure-folder.
[21] A list of exemplary Samsung KNOX-configured devices using Android is provided at https://www.samsungknox.com/en/knox-platform/supported-devices/kc.

| | |
|---|---|
| | SE for Android security mechanisms could potentially be disabled and rendered ineffective." *Id. at 4.*<br><br>"The startup process for Android begins with the primary bootloader, which is loaded from ROM. This code performs basic system initialization and then loads another bootloader, called a secondary bootloader, from the file system into RAM and executes it. Multiple secondary bootloaders may be present, each for a specific task. The boot process is sequential in nature with each secondary bootloader completing its task and executing the next secondary bootloader in the sequence, finally loading the Android bootloader known as *aboot*, which loads the Android operating system." *White Paper: An Overview of the Samsung KNOX Platform (April 2015),* at 2.<br><br>"The Android Operating System" *Whitepaper: Samsung Knox™ Security Solution (Version 2.2 May, 2017),* at 6.<br><br>"When a device is initially turned on, the user's applications are not immediately available. Instead, a succession of software components start, with each component starting the next one in the chain. Typically, when the user presses the ON button, the device first runs a program called a bootloader. Many mobile device architectures use multiple bootloaders to perform different functions. The bootloader then finds where the kernel is stored, and begins running the kernel in the processor's privileged mode. The kernel starts the Android middleware and some basic apps, running them in user mode. Once the boot completes, the user is queued to login into their phone." *Id.* at 7.<br><br>"User applications are not immediately available when a device is powered on. Instead, a succession of software components initiate, with each component starting the next in the chain. Once initially powered, the hardware starts a bootloader running the operating system kernel." *Id.* at 14. |
| **[A5]** an interface capable of receiving information identifying a | "Workspace also has a two-factor authentication process. The user can configure the Workspace to accept a fingerprint as the primary authentication |

| | |
|---|---|
| user of said at least one mobile computing device; | factor for the container with a PIN, password or pattern as a second factor." *White Paper: An Overview of the Samsung KNOX Platform (April 2015),* at 9.  *Nguyen, "Samsung Knox provides privacy to BYOD users," Feb. 25, 2013, (www.ubergizmo.com)* |

14

| | |
|---|---|
| | "Knox Workspace also utilizes two-factor authentication. A user can set the workspace to accept a fingerprint or iris scan as the primary authenticator with a PIN, password or pattern as a second factor. The iris scan biometric authentication method is available on the Galaxy 58 platform and beyond."  Id. at 44.<br><br>"Keep your Secure Folder even safer by enabling a passcode or biometric lock.<br><br>To access and manage your Secure Folder, you can use one of the below authentication methods:<br><br>PIN<br>Pattern<br>Passcode<br>Biometric verification"[22] |
| a plurality of access controls comprising: | The plurality of mobile Samsung phones above include access controls comprising: |
| **[A6]** a computer program comprising a program code segment used to authenticate said user based on a user credential; | "A password is required to gain access to applications inside the container." *White Paper : An Overview of Samsung KNOX™ (June 2013*), at 6.<br><br>"Workspace also has a two-factor authentication process. The user can configure the Workspace to accept a fingerprint as the primary authentication factor for the container with a PIN, password or pattern as a second factor." *White Paper: An Overview of the Samsung KNOX Platform (April 2015),* at 9. |

---

[22]   https://www.samsungknox.com/en/solutions/personal-apps/secure-folder.

15



*Nguyen, "Samsung Knox provides privacy to BYOD users," Feb. 25, 2013, (www.ubergizmo.com)*

"Knox Workspace also utilizes two-factor authentication. A user can set the workspace to accept a fingerprint or iris scan as the primary authenticator with a PIN, password or pattern as a second factor. The iris scan biometric

| | authentication method is available on the Galaxy 58 platform and beyond." Id. at 44.<br><br>To access and manage your Secure Folder, you can use <mark>one of the below authentication methods</mark>:<br><br><mark>PIN</mark><br><mark>Pattern</mark><br><mark>Passcode</mark><br><mark>Biometric verification</mark>"[23] |
|---|---|
| **[A7]** a partition that separates said enterprise data from other data; | Samsung Knox implements a partition within the mobile phone to separate enterprise data from other data.<br><br>"SE for Android provides an enhanced mechanism to enforce the separation of information based on confidentiality and integrity requirements. It incorporates a strong, flexible Mandatory Access Control (MAC) architecture into the major kernel subsystems and isolates applications and data into different domains." *White Paper : An Overview of Samsung KNOX™ (June 2013), at 4.*<br><br>"Samsung KNOX provides enterprises the ability to create and manage <mark>a secure container</mark> within their employees' personal mobile devices." *Id.* at 5. |

---

[23]  https://www.samsungknox.com/en/solutions/personal-apps/secure-folder.



Figure 3 – Samsung KNOX Container

*Id.* at 5.

"Applications and data inside the container are isolated from applications outside the container, that is, applications outside the container cannot use Android inter-process communication (IPC) or data-sharing methods with applications inside the container." *Id*. at 5.

"Likewise, applications inside the container generally do not have the ability to interact with applications or access data outside the container.  However, some applications inside the container can be granted read only access to data outside the container via a policy configuration." *Id*. at 5.

"For example, photos taken from the camera inside the container won't be viewable from the Gallery outside the container in a user's personal area."  *Id*. at 5.

"The KNOX Workspace container is designed to separate, isolate, encrypt, and protect work data from attackers. This enterprise-ready solution provides

18

<table>
<tr>
<td></td>
<td>

management tools and utilities to meet security needs of enterprises large and small." *White Paper: An Overview of the Samsung KNOX Platform (April 2015),* at 2.

"All data written by apps in the secure Workspace is protected. Protected data is encrypted on disk when the device is powered off. In addition, the decryption key for protected data is tied to the device hardware. This makes protected data recoverable only on the same device. Furthermore, access controls are used to prevent applications outside the KNOX Workspace from attempting to access protected data." *Id.* at 10.

"The workspace environment includes the home screen, launcher, applications, and widgets. The workspace functions alongside the user's environment, but it is protected from interference from user-installed applications. Data created by containerized applications are kept on a protected partition." *Whitepaper: Samsung Knox™ Security Solution (Version 2.2 May, 2017), at 16.*

</td>
</tr>
</table>

19



Figure 6 - User's personal environment running next to the workspace environment

Users can distinguish between the utilization and population of their personal environment applications versus workspace environment applications.

| | |
|---|---|
| | Id. at 44. |
| **[A8]** a first mode of operation wherein said user is permitted access to said enterprise data from said at least one mobile computing device; | In each mobile phone employed in Samsung Knox, a first mode of operation exists wherein a user is permitted access to enterprise data from at least one Samsung mobile phone.<br><br>Samsung Knox Container represents such a first mode of operation: the implementation of an enterprise container within the mobile phone which creates |

20

an environment permitting access to enterprise data which is otherwise inaccessible to the mobile phone user.   This environment is also referred to as the Secure World.



Figure 3 – Samsung KNOX Container

*White Paper : An Overview of Samsung KNOX™ (June 2013*), at 5.

"Applications and data inside the container are isolated from applications outside the container, that is, applications outside the container cannot use Android inter-process communication (IPC) or data-sharing methods with applications inside the container." *Id.* at 5.

"This total isolation of applications and data within the container enables a powerful solution for the 'data leakage' associated with the BYOD model. Data leakage occurs when a user sends sensitive or critical information outside of the corporate network via a personal email account, social network site, or public cloud storage system."  Id. at 6.

"Samsung KNOX allows a 'Work' container to be setup for corporate applications such as email, calendar, browser, storage clients, and so on, and the container will ensure that any data downloaded from the enterprise, such as

21

email attachments and files, cannot be accessed by applications outside the container. All the data stored by applications inside the container are encrypted via strong encryption algorithms (AES-256). A password is required to gain access to applications inside the container." *Id.* at 6.

"Samsung KNOX Container is deeply integrated into the native Android platform – unlike other third party container solutions that are available via download from an app store. This deep integration enables a superior user experience that clearly separates the two environments to minimize user confusion, preserves the Android navigation paradigm in each environment for consistency, and provides a unified but privacy-aware view of notifications and active applications for efficiency." *Id.* at 6.

"The enterprise can manage the container like any other IT asset using an MDM solution. Samsung KNOX supports many of the leading MDM solutions on the market. Container management is affected by setting policies in the same fashion as traditional MDM. Samsung KNOX Container includes a rich set of policies for authentication, data security, VPN, email, application blacklisting, whitelisting, etc." *Id.* at 6.

"Samsung KNOX Container allows enterprises embracing the BYOD trend to create a secure zone in the employee's device for corporate applications. Access to corporate data and network resources can be restricted to applications within the container." Id. at 12.

"The KNOX Workspace container is designed to separate, isolate, encrypt, and protect work data from attackers. This enterprise-ready solution provides management tools and utilities to meet security needs of enterprises large and small." *White Paper: An Overview of the Samsung KNOX Platform (April 2015),* at 2.

"The Secure World is reserved for highly-sensitive computations, such as those involving cryptographic keys. Knox utilizes the TrustZone's Secure World

22

|  | extensively for protecting enterprise confidential data and monitoring the OS kernel running in the Normal World." *Whitepaper: Samsung Knox™ Security Solution (Version 2.2 May, 2017), at 6.*<br><br>"The workspace environment includes the home screen, launcher, applications, and widgets. The workspace functions alongside the user's environment, but it is protected from interference from user-installed applications. Data created by containerized applications are kept on a protected partition." *Whitepaper: Samsung Knox™ Security Solution (Version 2.2 May, 2017), at 16.*<br><br>"Data in the Secure Folder is separated and encrypted."[24] |
|---|---|
| **[A9]** a second mode of operation wherein said user is permitted access to said other data from said at least one mobile computing device, while being excluded from access to said enterprise data; and | In each mobile phone within the Samsung Knox system, a second mode of operation exists wherein a user is permitted access to personal data from at last one Samsung mobile phone, while being excluded from the enterprise data. This second mode of operation is the mobile phone's operation outside of the enterprise container, sometimes referred to as the Normal World:<br><br>"applications outside the container cannot use Android inter-process communication (IPC) or data-sharing methods with applications inside the container." *White Paper : An Overview of Samsung KNOX™ (June 2013), at 5.*<br><br>"For example, photos taken from the camera inside the container won't be viewable from the Gallery outside the container in a user's personal area." *Id.* at 5. |

---

[24] https://www.samsungknox.com/en/solutions/personal-apps/secure-folder.



Figure 4 – Application Isolation in Samsung KNOX

*Id.* at 6.

"…clearly separates the two environments to minimize user confusion, preserves the Android navigation paradigm in each environment for consistency, and provides a unified but privacy-aware view of notifications and active applications for efficiency."  Id. at 6.

"…the container will ensure that any data downloaded from the enterprise, such as email attachments and files, cannot be accessed by applications outside the container."  Id. at 6.

24

| | |
|---|---|
| | "Virtually all smartphone software as we know it today still runs in the Normal World." *Whitepaper: Samsung Knox™ Security Solution (Version 2.2 May, 2017), at 6.*<br><br>"Protected data residing in storage is always encrypted, and protected against offline attacks. Additionally, access controls prevent applications outside the workspace from attempting to access protected data."  Id. at 39.<br><br>"Knox Workspace is a dual persona container designed to separate, isolate, encrypt, and protect enterprise data from attackers. This work/play environment ensures work and personal data is separated, and only the work container is managed by the enterprise. Personal information like photos and messages are not managed or controlled by the IT department.<br>The applications and data inside workspace are isolated from applications outside workspace. Consequently, applications outside the workspace cannot use Android inter-process communication or data-sharing with applications inside the workspace." Id. at 43.<br><br>"Data in the Secure Folder is ==separated and encrypted==."[25]<br><br>See also discussion at Claim 1[A7] and 1[A8]. |
| **[A10]** a device authentication tool comprising at least one of a key or a digital certificate; and | Samsung Knox utilizes the Samsung mobile device root key, hardware keys, keys derived from hardware keys and digital certificates.<br><br>"The use of industry standard ==X.509 certificates and hardware-protected keys== provides a strong degree of robustness and confidence in the secure boot scheme. By default, the root of trust is a ==Samsung-issued certificate== that enables verification of the stock Samsung Android image." *White Paper : An Overview of Samsung KNOX™ (June 2013), at 3.* |

---

[25] https://www.samsungknox.com/en/solutions/personal-apps/secure-folder.

| | |
|---|---|
| | "The Device Root Key (DRK) is a device-unique asymmetric key that is signed by Samsung through an X.509 certificate. This certificate attests that the DRK was produced by Samsung. The DRK is injected in the device at manufacture time in the Samsung factory, and is only accessible by specially privileged software modules within the TrustZone Secure World. Because the DRK is device-unique, it can be used to identify a device. For example, a certificate included with TIMA attestation data is signed by DRK (more precisely, through a key attested by the DRK), which proves that the attestation data originated from the TrustZone Secure World on a Samsung device. KNOX also uses device-unique hardware keys and keys derived from the hardware keys, which are only accessible in the TrustZone Secure World. Such keys can be used to tie data to a device. For example, KNOX Workspace data is encrypted by such a key, and it cannot be decrypted on any other devices." *White Paper: An Overview of the Samsung KNOX Platform (April 2015),* at 2.<br><br>"Secure Boot is implemented by each bootloader cryptographically verifying the signature of the next bootloader in the sequence using a certificate chain that has its root-of-trust resident in hardware. The boot process is terminated if verification fails at any step." *Id.* at 4.<br><br>A digital certificate signed by the device root key is also generated by each mobile phone to be used in the course of remote attestation:<br><br>"The remote server requesting attestation provides a random nonce to prevent replay attacks. The nonce, the attestation verdict, and the rest of the attestation data are returned to the server, signed with the attestation certificate. The attestation certificate is signed by the Device Root Key (DRK), a device-unique asymmetric key that is signed by a Samsung root key through an X.509 certificate. This chain of certificates ensures that the attestation verdict cannot be altered in transit." *White Paper: An Overview of the Samsung KNOX Platform (April 2015),* at 7. |

26

**Attestation**

Knox Attestation has the ability to check device integrity on-demand, from a remote web server. When requested, a Knox Attestation agent on the device:

- Reads the previously stored measurement information
- Checks the Knox Warranty Bit value, which indicates if a device has been rooted
- Combines the data in a proprietary way to produce an attestation verdict, which indicates if tampering is suspected

This verdict is sent to the requesting web server. It includes a cryptographic signature that is based on the device's unique attestation certificate and embedded in the device during the manufacturing process. This process ensures that the attestation verdict cannot be altered during transfer.

Any further action is determined by the enterprise. If device tampering is suspected, an enterprise can choose to uninstall apps from the device, erase sensitive data, check the location of the device, or simply log the event for later action.

*How Attestation Works (April 23, 2018), at 3.*



27

| | |
|---|---|
| | Id. at 4.<br><br>"Secure Boot is limited, since it cannot distinguish between different approved versions, for example, a bootloader with a known vulnerability and a later patched version, as both versions have valid signatures. To address this limitation, Knox adopts Trusted Boot in addition to Secure Boot. With Trusted Boot, each software component in the chain measures and securely stores the cryptographic hash of the next component in TrustZone Secure World memory before loading it."  *Whitepaper: Samsung Knox™ Security Solution (Version 2.2 May, 2017), at 14.*<br><br>"Knox devices use Secure Boot to establish a successive component boot and signature recognition chain to verify the integrity of the each component. The device boot process halts if the signature verification process fails."  Id.<br><br>"Device Root Key (DRK) The DRK is a device-unique asymmetric key pair that is signed by Samsung's root key through an X.509 certificate. This certificate proves that the DRK was produced by Samsung. The DRK is generated at manufacture time in the Samsung factory and is stored on the device encrypted by the DUHK, thus binding it to the device. The DRK is only accessible from within the TrustZone Secure World. Because the DRK is device-unique, it can be used to tie data to a device through cryptographic signatures. The DRK is not used directly to sign data; instead, signing keys are derived from the DRK. The TIMA attestation data, proving the device is in a trusted state, is signed using the Attestation Key, which is itself signed by the DRK. The DRK signature proves attestation data originated from the TrustZone Secure World on a Samsung device. Note that while the DRK is not stored directly in hardware, it is an important part of the root of trust, as it derives other signing keys, and is protected by both the DUHK and TrustZone Secure World."  *Id* at 26. |



As bootloaders execute and takes measurements, those measurements are stored in TrustZone secure memory for future inspection using attestation.

Figure 4 - The Trusted Boot Process

Id. at 28.

"The Trusted Boot process flow is displayed in Figure 4, using a SHA256 cryptographic hash of the boot component. These hashes are securely stored in TrustZone-protected memory. The hash sets consist of one or more secondary bootloaders, the TrustZone Secure World operating system, the application bootloader, and the Normal World kernel."  Id. at 27.

"An attestation message cannot be forged, since it's signed using the TIMA Attestation Key (and traceable to Samsung's root key). Each Samsung device supporting TIMA attestation has a unique RSA key pair, called the Device Root Key (DRK). The DRK is generated during manufacture and is traceable to Samsung's root key using X.509 certificates (stored in TrustZone). The

29

| | |
|---|---|
| | remote server can verify message integrity using Samsung's root key. The signature includes a server-generated cryptographic nonce (a random number used only once) to ensure an attacker cannot replay old valid attestation messages on an already compromised device." Id. ay 36-37. |
| B) a remote server configured to communicate with each of said plurality of said mobile computing devices, wherein for said at least one mobile computing device: | In Samsung Knox, a remote server is used for system administration. This server is in communication with and manages each of the Samsung mobile phones used in the system.<br><br>"Finally, Samsung KNOX features one of the most comprehensive Mobile Device Management (MDM) capabilities available." *White Paper : An Overview of Samsung KNOX™ (June 2013), at 2.*<br><br>"When TIMA detects that the integrity of the kernel is violated, it notifies the enterprise IT via MDM which can then take policy-driven action in response." *Id.* at 4.<br><br>"MDM enables a company's IT department to monitor, control and administer all deployed mobile devices across multiple mobile service providers." *Id.* at 9.<br><br><br><br>*Id.* at 9.<br><br>"The rich set of MDM policies enables IT administrators to better manage their employees' devices and offer improved support by being able to remotely configure various features including Wi-Fi, VPN and email." Id. at 12. |

30

| | One example of communication protocols between the mobile phone and the remote MDM server is remote attestation, described in detail in Claim 1[A10], 1[B1] and 1[B2].<br><br>"Consider an [Enterprise Mobility Management ("EMM")] server that wishes to interact with a mobile device. The EMM should not simply assume a device is not compromised. Instead, a Knox-enabled device provides the EMM with an attestation, a cryptographically verifiable collection of device state measurements. This attesation includes bootloader hashes, kernel, TrustZone, and logs from runtime protection mechanisms, among others. The EMM can then approve or reject the items on the list. Attestation is signed using a key derived from a hardware protected Device Root Key (DRK)."   "The Android Operating System"  *Whitepaper: Samsung Knox™ Security Solution (Version 2.2 May, 2017), at 16.*<br><br>"TIMA Attestation enables a device to convey state information to a remote server, such as an EMM server. The attestation message contains state measurements that can be evaluated by a server, which can then decide whether to trust the device or not. A typical message contains:<br>• Measurements collected by Trusted Boot to demonstrate only approved system software was loaded during boot<br>• Security violation logs from PKM and RKP since the last reboot<br>• Knox warranty violation fuse status<br>• Device-identifying information, such as the IMEI and Wi-Fi MAC address<br>• A locally-computed verdict whether the device is trustworthy<br>The full attestation message is computed in the ARM TrustZone Secure World, and is accurate even if the Normal World OS is compromised. The verdict is a central part of the attestation message. Only when both the measurements collected by Trusted Boot match known good values, and the warranty violation fuse is intact is the verdict set to Yes to indicate attestation has passed."  Id. at 33. |

31

| | "**Remote Device Health Attestation**<br>Detect unauthorized modifications to your devices, such as rooting, device ID tampering."[26] |
|---|---|
| **[B1]** said server is configured to attempt to verify a characteristic or attribute of said at least one mobile computing device, and | In Samsung Knox, the remote server is configured to attempt to verify a characteristic or attribute of at least one of said Samsung mobile phones used in the system.<br><br>"The KNOX Enterprise root of trust is activated when the device is enrolled in an enterprise that has deployed a KNOX-compliant MDM system.  This root of trust enables verification of the Samsung Android image with KNOX features activated."  *White Paper : An Overview of Samsung KNOX™ (June 2013), at 3.*<br><br>"Samsung KNOX technology uses a Secure Boot protocol that requires the device boot loader, kernel, and system software to be cryptographically signed by a key whose root of trust is verified by the hardware."  *Id.* at 10.<br><br>Moreover, the remote server employs "remote attestation," another way in which the server is configured to attempt to verify a characteristic or attribute of said at least one mobile computing device, to wit, an attestation verdict unique to the mobile device:<br><br>"*Remote Attestation* (sometimes simply called attestation) is based on Trusted Boot and used to verify the integrity of the platform. Remote attestation can be requested on-demand by the enterprise's Mobile Device Management (MDM) system, typically before creating the KNOX Workspace. When requested, attestation reads the Trusted Boot collected measurement data and returns them to the attestation requestor. To simplify the handling in MDM servers, the attestation agent on the device produces a verdict indicating the overall status of attestation. It compares these measurements to the factory values inside the TrustZone Secure World. Trusted Boot measurement data includes a hardware |

---

[26]  https://kp4-cdn.samsungknox.com/resource/Knox_Suite_Leaflet_without_Companion_Plan_202512_v2_7w9G.pdf.

fuse value that indicates if the device booted into an unauthorized kernel in the past. Trusted Boot measurement data, along with the SE for Android enforcement setting, forms the basis of the produced attestation verdict. This verdict, essentially a coarse indication that tampering is suspected, is returned to the requesting MDM. In addition to the verdict, the attestation data includes all the trusted boot measurements, RKP and PKM logs that can indicate the presence of malicious software in the device, and other device information that can be used to bind the attestation result to the device." *White Paper: An Overview of the Samsung KNOX Platform (April 2015),* at 6.

"Consider an [Enterprise Mobility Management ("EMM")] server that wishes to interact with a mobile device. The EMM should not simply assume a device is not compromised. Instead, a Knox-enabled device provides the EMM with an attestation, a cryptographically verifiable collection of device state measurements. This attesation includes bootloader hashes, kernel, TrustZone, and logs from runtime protection mechanisms, among others. The EMM can then approve or reject the items on the list. Attestation is signed using a key derived from a hardware protected Device Root Key (DRK)."   "The Android Operating System"  *Whitepaper: Samsung Knox™ Security Solution (Version 2.2 May, 2017),* at 16.

"TIMA Attestation enables a device to convey state information to a remote server, such as an EMM server. The attestation message contains state measurements that can be evaluated by a server, which can then decide whether to trust the device or not. A typical message contains:
• Measurements collected by Trusted Boot to demonstrate only approved system software was loaded during boot
• Security violation logs from PKM and RKP since the last reboot
• Knox warranty violation fuse status
• Device-identifying information, such as the IMEI and Wi-Fi MAC address
• A locally-computed verdict whether the device is trustworthy
The full attestation message is computed in the ARM TrustZone Secure

| | |
|---|---|
| | World, and is accurate even if the Normal World OS is compromised. The verdict is a central part of the attestation message. Only when both the measurements collected by Trusted Boot match known good values, and the warranty violation fuse is intact is the verdict set to Yes to indicate attestation has passed." Id. at 33.<br><br>"You can be confident in securely enrolling a device, as Samsung's built-in Knox Security confirms device integrity, and advanced security options ensure a safe enrollment process."[27]<br><br>"Enterprises can check for device integrity on demand through Knox Attestation, which reads the measurement data collected by Trusted Boot, along with an SE for Android enforcement setting, to give a verdict on the device's security health."[28] |
| [B2] said server is further configured to validate at least one of said key or said digital certificate of said at least one mobile computing device, contemporaneously with said attempt to verify at least one of said characteristic or said attribute of said at least one mobile computing device. | In Samsung Knox, the remote server is configured to validate the key/digital certificate of the at least one Samsung mobile phone while contemporaneously attempting to verify the Samsung Android image of the at least one of said Samsung mobile phones used in the system.<br><br>"By default, the root of trust is a Samsung-issued certificate that enables verification of the stock Samsung Android image. The KNOX Enterprise root of trust is activated when the device is enrolled in an enterprise that has deployed a KNOX-compliant MDM system. This root of trust enables verification of the Samsung Android image with KNOX features activated." *White Paper : An Overview of Samsung KNOX™ (June 2013), at 3.*<br><br>"Samsung KNOX technology uses a Secure Boot protocol that requires the device boot loader, kernel, and system software to be cryptographically signed by a key whose root of trust is verified by the hardware." *Id*. at 10.<br><br>Likewise, in remote attestation: |

---

[27] https://kp4-cdn.samsungknox.com/resource/Knox_Suite_Leaflet_without_Companion_Plan_202512_v2_7w9G.pdf, at 2.
[28] https://www.androidauthority.com/what-is-samsung-knox-3272792/.

"The remote server requesting attestation provides a random nonce to prevent replay attacks. The nonce, the attestation verdict, and the rest of the attestation data are returned to the server, signed with the attestation certificate. The attestation certificate is signed by the Device Root Key (DRK), a device-unique asymmetric key that is signed by a Samsung root key through an X.509 certificate. This chain of certificates ensures that the attestation verdict cannot be altered in transit." *White Paper: An Overview of the Samsung KNOX Platform (April 2015), at 7.*



*How Attestation Works (April 23, 2018), at 4.*

35

Here is the end-to-end process:

1. **Get a nonce.** A nonce is a random value that uniquely identifies each attestation request. Each nonce is valid for a short time period, after which the Attestation Server fails any request made using that nonce. This is to avoid a replay attack that could allow an attacker to reuse a past attestation result.
2. **Start attestation.** You set up a service connection with the Knox Attestation Agent, to begin the attestation and handle the resulting blob (Binary Large OBject) through an intent.
3. **Get the attestation verdict.** Finally, you send the blob to the Attestation Server, which indicates if a device passed or failed its integrity checks.

*Id. at 4.*



Figure 2 - Knox Builds, Maintains and Attests Its Trusted Environment

"The Android Operating System" *Whitepaper: Samsung Knox™ Security Solution (Version 2.2 May, 2017), at 14.*

"Consider an [Enterprise Mobility Management ("EMM")] server that wishes to interact with a mobile device. The EMM should not simply assume a device is not compromised. Instead, a Knox-enabled device provides the EMM with an attestation, a cryptographically verifiable collection of device state

36

| | |
|---|---|
| | measurements. This attesation includes bootloader hashes, kernel, TrustZone, and logs from runtime protection mechanisms, among others. The EMM can then approve or reject the items on the list. Attestation is signed using a key derived from a hardware protected Device Root Key (DRK)."  "The Android Operating System" *Whitepaper: Samsung Knox™ Security Solution (Version 2.2 May, 2017), at 16.*<br><br>"The DRK signature proves attestation data originated from the TrustZone Secure World on a Samsung device. Note that while the DRK is not stored directly in hardware, it is an important part of the root of trust, as it derives other signing keys, and is protected by both the DUHK and TrustZone Secure World." Id at 26."  Id. at 26.<br><br>"An attestation message cannot be forged, since it's signed using the TIMA Attestation Key (and traceable to Samsung's root key). Each Samsung device supporting TIMA attestation has a unique RSA key pair, called the Device Root Key (DRK). The DRK is generated during manufacture and is traceable to Samsung's root key using X.509 certificates (stored in TrustZone). The remote server can verify message integrity using Samsung's root key. The signature includes a server-generated cryptographic nonce (a random number used only once) to ensure an attacker cannot replay old valid attestation messages on an already compromised device."  Id. ay 36-37. |