# EXHIBIT "D"

**Exhibit A – Infringement Claim Chart – U.S. Patent No. 10,140,452 and OpenStack**

| US Patent 10,140,452 | OpenStack |
|---|---|
| 1. A system comprising: | As set forth in the Complaint, Samsung uses, offers for sale and sells products and services incorporating the OpenStack system.<br><br>"OpenStack is a cloud computing platform that offers a suite of software tools for creating and maintaining both public and private clouds. It gives users the freedom to set up and control an unlimited number of virtual computers, networks, and storage devices." Bhardwaj, *Building a Private Cloud Using OpenStack,* July 20, 2023, accessed at https://www.opensourceforu.com/2023/07/building-a-private-cloud-using-openstack/?utm_source=chatgpt.com (henceforth, "Bhardwaj").<br><br>"[C]ompute, network, identity, image and storage services are counted as the most basic and core components of the OpenStack ecosystem." Khedher, *Mastering OpenStack*, at 5, (3d ed. 2024) (hereinafter, "Khedher"). As shown herein, the combination and interaction of these components forms the foundation of a server-based "cloud operating system" (id. at 6) practicing the elements of Claim 1.<br><br>"A basic installation requires the three nodes they are Controller-node, Network-node and Compute-node.<br>1) Controller Node: It runs control services, such as message queue, database and API services for the Identity Service (Keystone).<br>2) Network Node: It runs networking services and is responsible for virtual networking needed for people to create private or public networks, and uplink their virtual machines into external networks.<br>3) Compute Node: It run the virtual machine instances in OpenStack." Sahana, et al., "OpenStack Deployment on Multi-Controllers Using DevStack and Integration of Keystone with Centralized LDAP Server," *International Journal of Computer Science and Information Technology Research* ISSN 2348-120X (online), Vol. 3, Issue 3, July - September 2015, at 116, accessed at https://www.researchpublish.com/upload/book/OpenStack%20Deployment-2049.pdf (henceforth, "Sahana") |
| (a) a distributed computer network comprising multiple computing devices at multiple | OpenStack software is divided into a series of different services and spread over a variety of network nodes in a distributed fashion. OpenStack core services include include Horizon (dashboard), Nova (compute), Cinder (block storage), Glance (image), Swift (object storage) |

| | |
|---|---|
| locations, each location comprising at least one network node; | and Keystone (identity) (Khedher, at 5-6), each of which is deployed on a separate network node or nodes.<br><br><br>Webster, *Is OpenStack ready for prime time?* (9/14/2015), https://www.networkworld.com/article/943154/is-openstack-ready-for-prime-time.html?utm_source=chatgpt.com<br><br>"OpenStack architecture contains several components like controller nodes, compute nodes, neutrons, block storage, and object storage. Here's a brief description of these inter-communicating components (Figure 1). |

User
www.
API
Auth
Web-Interface (Horizon)
User Auth
Authentication (Keystone)
API
Auth
Compute (Nova)
Networking (Neutron)
Image (Glance)
Object Storage (Swift)
Block Storage (Cinder)
Driverinterface
Driverinterface
Compute Ressources

| | |
|---|---|
| | "Figure 1: Key components in the OpenStack architecture<br><br>**Controller node**: This node is responsible for providing most of the OpenStack services such as identity, image store, dashboard, etc.<br><br>**Compute node (Nova):** This is responsible for managing and automating compute instances (VMs) in the OpenStack environment.<br><br>**Networking (Neutron)**: This enables networking connectivity and IP addresses for users.<br><br>**Block storage node (Cinder)**: This node is used to provide persistent storage for the instances running at OpenStack.<br><br>**Object storage (Swift):** This is used for ensuring redundant, scalable, and fault-tolerant storage in the server cluster."<br><br>Bhardwaj, *Building a Private Cloud Using OpenStack*, July 20, 2023, accessed at https://www.opensourceforu.com/2023/07/building-a-private-cloud-using-openstack/?utm_source=chatgpt.com (henceforth, "*Bhardwaj*").<br><br>Nodes operate as physical devices.<br><br>"A general guideline for the minimum hardware requirements for an OpenStack deployment is given in Table 1.<br><br>Table 1: Minimum hardware requirements to set up OpenStack |

| Component | CPU (cores) | RAM | Storage hard disk | Number of NICs |
|---|---|---|---|---|
| **Controller node** | **Dual-core processor** | 8GB | 100GB | 2 NICs |
| **Compute node** | **Dual-core processor** | 8GB | 100GB | 2 NICs |
| **Block storage node** | **Dual-core processor** | 4GB | 100GB | 1 NIC |
| **Object storage node** | **Dual-core processor** | 4GB | 100GB | 1 NIC |

*Bhardwaj*.

The nodes are distributed on a network, each node having its own computing device (server) and a unique IP address.

| | |
|---|---|
| | The networking configuration of our deployed OpenStack architecture is shown in Figure 2.<br><br><br>*Figure 2: Networking configuration of deployed OpenStack architecture*<br>(Bhardwaj, Fig. 2).<br><br>The foregoing diagram illustrates how an OpenStack user uses a distributed computer network comprising multiple computing devices at separate locations, each device having its own IP address, each location therefore comprising one node on the network. The controller node is separate from the multiple compute nodes, which are separate from the storage nodes. |
| (b) at least one protected computing device at a first location configured for communication through said network with a storage controller to access secure data from a secure data storage repository at a second location; | For purposes of this claim chart, each of the compute nodes in OpenStack (e.g., Bhardwaj, Fig. 2), comprises a "protected computing device at a first location configured for communication with said network." For example, each compute node is hardened and protected through multiple independent security layers, consistent with standard data center and cloud security practices. Each OpenStack compute node is a "protected computing |

| | |
|---|---|
| | device" because it is secured through layered controls including hardening, network isolation, user and admin access restrictions, virtualization boundaries, and monitored service access.<br><br>Each compute node is a server executing the Nova compute service that is subject to multiple means of protection, as shown further herein.<br><br>Enterprise hardening practices on the compute node include:<br><br>Minimal installed packages (reduced attack surface)<br>Disabled unused services and ports<br>Secure shell (SSH) restrictions:<br>Key-based authentication<br>Limited user access<br>Regular patching and vulnerability remediation<br><br>These are standard controls aligned with benchmarks from organizations like Center for Internet Security.<br><br>Network isolation practices on the compute node include:<br><br>OpenStack deployments typically separate traffic into distinct networks:<br><br>Management network (internal APIs only)<br>Storage network (backend data traffic)<br>Tenant/public network (VM access)<br><br>Compute nodes are frequently:<br><br>On non-routable internal networks<br>Accessible only through controlled jump hosts or VPNs.<br><br>These are examples of how network isolation practices are employed to protect the OpenStack nodes.<br><br>At the compute node level, user and administrative access controls are also used to protect the device, including: |

| | |
|---|---|
| | As detailed further in element [1(e)], Keystone identity service (including the use of authorization tokens) to shield the node from being used by persons who lack proper authentication and to shield the node from being used by unauthorized APIs (services for which an authorization token is lacking).<br><br>Admin access controls further include:<br>SSH keys and/or centralized identity (LDAP/AD)<br>Root access is restricted or audited<br>Multi-factor authentication now standard in enterprise setups.<br><br>These are all examples of how administrative access controls are employed to protect the OpenStack compute nodes.<br><br>OpenStack architecture also enforces role-based node separation as a means of protecting the nodes:<br><br>Controller node → APIs, control plane<br>Compute nodes → run hypervisors to support VMs<br>Storage nodes → manage data<br><br>Each node therefore runs a limited set of services, and does not expose unnecessary functionality. Isolating and limiting functionality amongst the nodes reduces the attack surface available, and offers even stronger protection to the nodes.<br><br>To reiterate, for illustrative purposes, the following sections of the claim chart refer to a Nova compute node as the "at least one protected computing device" of the claim.<br><br>On each Nova compute node, associated hypervisors (e.g., KVM) enforce virtualized user environments, including memory isolation, CPU isolation, Disk isolation, and secure VM image handling. This protects the compute node by isolating the administrative aspects of the device from a malicious user, whose user is confined to a virtualized environment, and Guest-to-host intrusions are minimized, and the secure execution environments of other VMs further protect other users of the compute nodes. |

| | |
|---|---|
| | **Security Groups**<br>Activate the security groups that you want to assign to the instance.<br><br>Security groups are a kind of cloud firewall that define which incoming network traffic is forwarded to instances.<br><br>If you have not created any security groups, you can assign only the default security group to the instance.<br><br>https://docs.openstack.org/horizon/latest/user/launch-instances.html<br><br>The compute nodes are further protected by standard server monitoring, intrusion detection and logging practices used to actively detect security threats. These include:<br><br>Centralized logging (e.g., syslog, ELK stack);<br>Intrusion detection systems (IDS/IPS);<br>File integrity monitoring;<br>Logging unauthorized login attempts and unexpected service behavior;<br>Related event-based alerts.<br><br>These server protection practices as applied to the Nova compute nodes align with practices from National Institute of Standards and Technology.<br><br>Therefore, in enterprise OpenStack deployments, each compute node is implemented as a secured server system protected through multiple layers of defense, including operating system hardening, network segmentation, restricted administrative access, service isolation, virtualization-based workload isolation, and monitored communications. These measures collectively protect the compute nodes against unauthorized access, intrusion, and malicious activity, thereby qualifying them as protected computing devices. Moreover, each OpenStack compute node is a protected computing device because it operates within a secured infrastructure environment that enforces access controls, limits network exposure, isolates workloads, and applies standard enterprise security hardening practices.<br><br>The Nova compute service runs on different Nova compute hosts, run as multiple nodes (See Figure 2 of Bhardaj above, as well as Khedher, at 8, stating "The nova-compute-service is the process responsible for starting and terminating all VMs [virtual machines]. This service runs on the compute nodes and listens for new requests over the message bus"), and they are each server-based compute nodes protected from unauthorized access, for example, by controlling whether such they are permitted to boot a virtual machine (VM), through the use of a Keystone authentication server (discussed in further detail below). |

| | |
|---|---|
| | A "protected computing device" therefore includes the Nova compute host that receives image / launch requests and either instantiates or refuses to instantiate a guest VM in response to a request for a guest VM.<br><br>The protected Nova compute nodes are configured to communicate through the network to a storage controller [using storage-control mapping:  Cinder for block storage, Swift for object storage] that controls access to secure data from a storage repository [Kheder, at 9, stating "The OpenStack community has developed the most commonly used storage backend either within proper OpenStack supported storage services such as Swfit Object Storage and Cinder block storage or a third-party extension such as Ceph storage based on RADOS Block Device (RBD), VMWare storage, and even AWS Simple Storage Service (S3) storage"), which is the location of certain secure data within the distributed system.<br><br>"The nova-conductor service handles database access calls from the compute nodes to limit the risk of database access by an attacker via a compromised host."  (Khedher, at 8).<br><br>Figure 2 of Bhardwaj shows a network-level depiction of three protected computing devices (3 Nova compute nodes) at three different locations configured for communication through the network with a controller node to access secure data from the Cinder, Swift and Glance nodes, which comprise three separate secure data storage repositories, each at a separate location on the network. |



<table>
<tr>
<td></td>
<td>The networking configuration of our deployed OpenStack architecture is shown in Figure 2.

*Figure 2: Networking configuration of deployed OpenStack architecture*</td>
</tr>
<tr>
<td>(c) said at least one protected computing device having an operating system and a virtual machine, said operating system and said virtual machine each associated with said at least one protected computing device and a virtual machine manager;</td>
<td>For purposes of this claim chart, the virtual machine manager comprises the hypervisor (e.g., KVM) together with the remaining elements of the Nova compute service such as nova-compute that interface with and control the hypervisor.<br><br>To further facilitate the understanding of the analysis in this claim chart, a hypervisor is a software layer within the nova-compute stack that creates, manages, and runs virtual machines (VMs) by allocating physical resources. A VM is the isolated, software-based computer (with guest operating system, or GOS) running on top of that hypervisor. The nova-compute/hypervisor stack in Nova enables virtualization, while the VM acts as the virtualized environment.</td>
</tr>
</table>

| | |
|---|---|
| | The *Nova* service, including *nova-compute*/*hypervisor* itself is software. It cannot execute except on hardware that has been powered on and booted up. The hardware (server) executing *nova-compute/hypervisor* stack is the Nova compute node.<br><br>***<u>At least one protected computing device having an operating system and a virtual machine</u>***<br><br>In operation, each Nova compute node is associated with a hypervisor (e.g., KVM). The hypervisor is installed on each compute node, and, in use, is started during the hypervisor's virtual machine monitor (VMM) boot process. Each Nova compute node launches an instance (which is comprised of a VM and a VM-based guest operating system, or GOS). Therefore, each Nova compute node has at least one virtual machine (VM) (in use, there are numerous such VMs), and each VM has an associated GOS.<br><br>For purposes of this claim chart, the Nova compute node is the "at least one protected computing device" and the Nova compute node has "an operating system" (for purposes of this claim chart, a GOS) corresponding to a VM.<br><br>***<u>said operating system and said virtual machine each associated with said at least one protected computing device and a virtual machine manager</u>***<br><br>The GOS and related VM are "an operating system and a virtual machine" for purposes of this claim chart. The GOS and related VM are further associated with the Nova compute node and its related virtual machine manager (the *Nova* service components, including *nova-api*, and *nova-compute/hypervisor* stack). In each Nova compute node, *the nova-compute/hypervisor* stack is loaded and executing before the VM/GOS is launched, insofar as the stack supplies the virtualized platform on which the GOS boots. VMM functionality is supplied by the *Nova* stack.<br><br>The *Nova* stack is illustrated as follows (outlined in blue): |



| | <br>https://docs.openstack.org/nova/2025.1/admin/architecture.html<br>"**Compute**: Manages communication with hypervisor and virtual machines." (Id.)<br><br>"Nova supports a range of Virtual Machine Monitors (VMMs), also known as hypervisors. Hypervisor software allows access to the physical machine hardware resources and provides different functions to create and manage virtual machines within a compute node." (Khedher, at 118). One of the many examples of such a hypervisor is the Kernel Virtual Machine (KVM). (Id.)<br><br>"Nova controls hypervisors through an API server."<br>https://docs.openstack.org/nova/2025.1/admin/architecture.html<br>"[T]he majority of OpenStack development is done on systems using KVM-based hypervisors." (Id.)<br><br>"The Nova compute service uses VIRT Driver to interact with the Libvert library via API calls and manages virtual machines through the hypervisor, as illustrated in the following diagram: |



| | |
|---|---|
| | <br>Figure 4.2 – The Nova compute-supported hypervisors<br>"<br>Khedher, at 119.<br><br>The *Nova* stack is therefore a virtual machine manager to control the creation and management of VMs on a given Nova compute node. The *Nova* stack creates and manages each VM throughout its lifecycle. |

| | |
|---|---|
| (d) said virtual machine manager implemented in one or more computer code segments and configured to be launched between boot-up of said at least one protected computing device and launch of said operating system; | ***virtual machine manager implemented in one or more computer code segments***<br><br>This element is met by the *Nova* service software stack (again, one or mode computer segments comprising, e.g., *nova-api* and *nova-compute* with *hypervisor*) operating in whole or in part on the Nova compute node. (E.g., see Figure 2 of Bhardwaj). "Nova supports a range of Virtual Machine Monitors (VMMs), also known as hypervisors. Hypervisor **software** allows access to the physical machine hardware resources and provides different functions to create and manage virtual machines within a compute node." (Khedher, at 118 (emphasis added)). One of the many examples of such a hypervisor is the Kernel Virtual Machine (KVM). (Id.)<br><br>"Nova controls hypervisors through an API server." https://docs.openstack.org/nova/2025.1/admin/architecture.html<br>"[T]he majority of OpenStack development is done on systems using KVM-based hypervisors." (Id.) "The Nova compute service uses VIRT Driver to interact with the Libvert library via API calls and manages virtual machines through the hypervisor…." (Id.)<br><br>The virtual machine manager is implemented in separate computer code segments for implementing each of a *hypervisor* (see Khedher, at 119, Figure 4.2), *nova-compute*, *nova-api*, *nova-scheduler*, and *nova-conductor*. (Id., at 8). *Nova* "controls virtual servers lifecycle, from creation through management to termination." https://fuel-ccp.readthedocs.io/en/latest/design/ref_arch_1000_nodes.html.<br><br>***configured to be launched between boot-up of said at least one protected computing device and launch of said operating system***<br><br>The virtual machine manager is launched between POST/boot of the Nova computer node (e.g., as depicted in Bhardwaj, Fig. 2) and the launch of the guest operating system associated with and running on a VM after it is successfully launched by *Nova*.<br><br>Between the physical boot of the server acting as the Nova compute node and the launch of the guest OS associated with the underlying VM, the VMM is launched so that it can instantiate and control the VMs associated with the Nova compute node.<br><br>Specifically, the sequence of steps from booting a Nova compute node (server) through the launch of a VM and VM-based guest OS is as follows: |

| | |
|---|---|
| | 1. Server POST<br>2. Nova Boot (Load Hypervisor)<br>3. Launch VM<br>4. Launch OS<br><br>*Nova* is also shown in the green "*Nova*" block of the following diagram used to illustrate how instances of VMs, each with a guest OS, are provisioned in Nova. |



| | |
|---|---|
| |  <br>http://docs.openstack.org/icehouse/training-guides/content/associate-computer-node.html<br><br>As illustrated above, in OpenStack, the virtual machine (VM) is launched on the protected computing device (the Nova compute node exemplified by the green Nova block in the preceding diagram) between the boot of the protected computing device operating as the Nova compute node and the launch of the guest operating system (OS) that is related to and that will run on the underlying VM that is provisioned on the Nova compute node. |

| | |
|---|---|
| | Only after the Nova compute node powers-on and loads the Nova compute services and hypervisor/virtual machine monitor can Nova be used to start the process of instantiating a VM (each VM in turn has a concomitant guest OS (this OS image is obtained from the Glance image service at step 12 of the VM provisioning process identified below[1])) by invoking the necessary authorization token received from the Keystone identity service (a service which runs on separate server(s)).<br><br>Assuming it has said token, *nova-compute* does the REST call by passing auth-token to glance-api to get the Image URI by Image ID from glance and upload image from image storage. Conversely, if *nova-compute* does not have the auth token, it cannot instantiate a VM (with the guest OS obtained from Glance).<br><br>**VM provisioning in-depth**<br><br>The request flow for provisioning an instance goes like this:<br><br>1. The dashboard or CLI gets the user credentials and authenticates with the Identity Service via REST API.<br><br>The Identity Service authenticates the user with the user credentials, and then generates and sends back an auth-token which will be used for sending the request to other components through REST-call.<br><br>2. The dashboard or CLI converts the new instance request specified in **launch instance** or **nova-boot** form to a REST API request and sends it to `nova-api`.<br><br>3. `nova-api` receives the request and sends a request to the Identity Service for validation of the |

[1] "This guide describes how to obtain, create, and modify virtual machine images that are compatible with OpenStack." https://docs.openstack.org/image-guide/index.html The VM image may contain Ubuntu Linux, Microsoft Windows or other OS images. https://docs.openstack.org/image-guide/obtain-images.html

| | |
|---|---|
| | auth-token and access permission.<br><br>The Identity Service validates the token and sends updated authentication headers with roles and permissions.<br><br>4. nova-api checks for conflicts with nova-database.<br><br>nova-api creates initial database entry for a new instance.<br><br>5. nova-api sends the rpc.call request to nova-scheduler expecting to get updated instance entry with host ID specified.<br><br>6. nova-scheduler picks up the request from the queue.<br><br>7. nova-scheduler interacts with nova-database to find an appropriate host via filtering and weighing.<br><br>nova-scheduler returns the updated instance entry with the appropriate host ID after filtering and weighing.<br><br>nova-scheduler sends the rpc.cast request to nova-compute for launching an instance on the appropriate host.<br><br>8. nova-compute picks up the request from the queue.<br><br>9. nova-compute sends the rpc.call request to nova-conductor to fetch the instance information such as host ID and flavor (RAM, CPU, Disk).<br><br>10. nova-conductor picks up the request from the queue. |

| | |
|---|---|
| | 11. nova-conductor interacts with nova-database.<br>nova-conductor returns the instance information.<br>nova-compute picks up the instance information from the queue.<br>12. nova-compute performs the REST call by passing the auth-token to glance-api. Then, nova-compute uses the Image ID to retrieve the Image URI from the Image Service, and loads the image from the image storage.<br>13. glance-api validates the auth-token with keystone.<br>nova-compute gets the image metadata.<br>14. nova-compute performs the REST-call by passing the auth-token to Network API to allocate and configure the network so that the instance gets the IP address.<br>15. neutron-server validates the auth-token with keystone.<br>nova-compute retrieves the network info.<br>16. nova-compute performs the REST call by passing the auth-token to Volume API to attach volumes to the instance.<br>17. cinder-api validates the auth-token with keystone.<br>nova-compute retrieves the block storage info.<br>18. nova-compute generates data for the hypervisor driver and executes the request on the hypervisor (via libvirt or API).<br><br>http://docs.openstack.org/icehouse/training-guides/content/associate-computer-node.html |
| (e) an authentication server located remotely from said at least one protected computing device and configured for authenticating said at least one protected computing device for access to said secure data; | OpenStack Keystone provides identity and access management services that control and restrict access to data resources, thereby functioning as a security mechanism within the system's overall data security architecture. The OpenStack Security Guide states "Many of these [Keystone] services are used in a combined fashion by the front end. For example, an authentication call validates user and project credentials with the identity service. If successful, it will create and return a token with the token service." https://docs.openstack.org/security-guide/identity.html<br><br>***authentication server located remotely from said at least one protected computing device***<br><br>Consistent with the following authorities, OpenStack's architecture defines Keystone as an independent authentication and authorization service that communicates with other services via |

| | |
|---|---|
| | APIs, deployed on a self-dedicated node or a controller node (embedded in the control plane or "cloud controller", Khedher, at 80)) separate from compute, networking, and storage services.<br><br>"[Keystone] presents a vital component to authorize and authenticate service communication to accomplish a specific request., such as storage creation or instance provisioning." (Khedher, at 81). Keystone is also sometimes referred to as the "identity service" of OpenStack, a service independent from the other OpenStack services, illustrated as follows:<br><br><br>https://docs.redhat.com/en/documentation/red_hat_openstack_platform/10/html-single/architecture_guide/index?utm_source=chatgpt.com |

| | |
|---|---|
| | Keystone runs on a server as part of the controller node (Sahana at 116; Bhardwaj, Fig. 2), and as such, the node operating Keystone service represents an authentication server, and is remotely located from at least one of the protected Nova compute nodes in question.<br><br>***configured for authenticating said at least one protected computing device for access to said secure data***<br><br>Keystone is configured to "authorize and authenticate service communication to accomplish a specific request, such as storage creation or instance provisioning. As part of the control plane, Keystone consolidates a catalog of all existing OpenStack services to be reached through its API. (Khedher, at 81).<br><br>As shown below, Keystone is configured to employ tokens as a measure of access control to each of the services in OpenStack, including access to data in the case of access to stored data Glance, Swift and Cinder. Access control is one of the pillars of data security in OpenStack. The token is a mechanism by which a computing device such as a Nova compute node proves it is authenticated to a different OpenStack service on a different node, and therefore entitled to access other OpenStack services on the other nodes, including access to data.<br><br>Whether the service request is to provision an instance or access data from Glance (image data), Cinder (block storage data) or Swift (object storage data), "[a]ccessing a specific service [in Keystone] must be done through obtaining a token. It can be considered as an information card that validates the user, as well as the expiration date and time. It also checks which project(s) the token has been associated with, and to which endpoints." (Kheder, at 81).[2]<br><br>To illustrate, Keystone causes the controller node to provide authorization token(s) which control the access of the Nova compute node to a VM and concomitant OS by controlling the compute node's access to the services of Glance, Cinder, Swift or an equivalent storage node controller having access to image data, block data or object data storage. For example: |

[2] "Each request made to contact an OpenStack service must be validated by Keystone (via the Identity API). The API response will return an authorization token to be used against the requested service (API call)." (Khedher, at 7). "The Identity service generates tokens in exchange for authentication credentials." [https://docs.openstack.org/api-ref/identity/v3/#get-service-catalog](https://docs.openstack.org/api-ref/identity/v3/#get-service-catalog)

| | |
|---|---|
| | **VM provisioning in-depth**<br><br>The request flow for provisioning an instance goes like this:<br><br>1. The dashboard or CLI gets the user credentials and authenticates with the Identity Service via REST API.<br><br>The Identity Service authenticates the user with the user credentials, and then generates and sends back an auth-token which will be used for sending the request to other components through REST-call.<br><br>http://docs.openstack.org/icehouse/training-guides/content/associate-computer-node.html<br><br>Steps 3 and 12-18 of the flow chart above also illustrate the utilization of the authorization tokens provided by Keystone in the process of provisioning an instance on the compute node in response to a dashboard or command line interface request to launch an instance.<br><br>"The identity service after validating and verifying the user will send a token, which is a formatted data string containing the details of the services availed, Token to be used for access to the services, Endpoints to start Accessing the services, projects to which the user belongs, etc. The user then uses the authentication token to start directly communicating with the services intended by the user. … The service component verifies the authenticity of the user after receiving the request from the user by contacting the authentication mechanism, and on getting confirmation, the service component authorizes the user to access the service." Basu, et al., "Strengthening Authentication within OpenStack Cloud Computing System through Federation with ADDS System," *International Journal of Emerging Trends in Engineering Research*, Volume 8, No. 1 January 2020, at 213, accessed at https://www.warse.org/IJETER/static/pdf/file/ijeter29812020.pdf ("Basu")<br><br>Whether it can complete the process of instantiating a VM with its concomitant OS (this OS image data is obtained from Glance shown in the steps below) is determined based on the enforcement of the authentication and authorization regime, via invoking the necessary auth token received from Keystone. (see Steps 12-18 of the flow diagram below). Assuming it has said token, at steps 12-13 of the flow diagram below, nova-compute does the REST call by passing auth-token to glance-api to get the Image URI by Image ID from Glance (without which it cannot upload image of a guest OS). Conversely, if *nova-compute* lacks a valid auth token, it cannot instantiate a VM with the concomitant OS on the protected computing device/Nova compute node. |

<table>
<tr>
<td></td>
<td>
12. nova-compute performs the REST call by passing the auth-token to glance-api. Then, nova-compute uses the Image ID to retrieve the Image URI from the Image Service, and loads the image from the image storage.<br>
13. glance-api validates the auth-token with keystone.<br>
nova-compute gets the image metadata.<br>
14. nova-compute performs the REST-call by passing the auth-token to Network API to allocate and configure the network so that the instance gets the IP address.<br>
15. neutron-server validates the auth-token with keystone.<br>
nova-compute retrieves the network info.<br>
16. nova-compute performs the REST call by passing the auth-token to Volume API to attach volumes to the instance.<br>
17. cinder-api validates the auth-token with keystone.<br>
nova-compute retrieves the block storage info.<br>
18. nova-compute generates data for the hypervisor driver and executes the request on the hypervisor (via libvirt or API).<br>
<br>
http://docs.openstack.org/icehouse/training-guides/content/associate-computer-node.html
</td>
</tr>
<tr>
<td>(f) a control console configured to access and exert a measure of control over said at least one protected computing device, wherein said control console is operable within a console device at a third location;</td>
<td>The Dashboard/Horizon service, which operates on a user computer via a web browser, is a “control console” capable of use at an administrative computer console’s location or other console location to exert a measure of control over the operation of Nova compute nodes (e.g., by a command to launch a VM instance on a Nova compute node or defining one or more policies relating to the “flavor” of a VM instance, including processing parameters, available memory and available storage to be associated with a given VM instance).<br><br>The following demonstrates control over a Nova compute node by launching a VM using the dashboard:</td>
</tr>
</table>

| | |
|---|---|
| | Launch an instance<br>1. Log in to the dashboard.<br>2. Select the appropriate project from the drop down menu at the top left.<br>3. On the Project tab, open the Compute tab and click Instances category.<br>The dashboard shows the instances with its name, its private and floating IP addresses, size, status, task, power state, and so on.<br>4. Click Launch Instance.<br>5. In the Launch Instance dialog box, specify the following values:<br>Details tab<br>https://docs.openstack.org/horizon/latest/user/launch-instances.html<br><br>Details include instance name, description of the VM and Availability Zone, among others:<br>**Instance Name**<br>Assign a name to the virtual machine.<br>**Note**<br>The name you assign here becomes the initial host name of the server. If the name is longer than 63 characters, the Compute service truncates it automatically to ensure dnsmasq works correctly.<br>After the server is built, if you change the server name in the API or change the host name directly, the names are not updated in the dashboard.<br>Server names are not guaranteed to be unique when created so you could have two instances with the same host name.<br>**Description**<br>You can assign a brief description of the virtual machine.<br>**Availability Zone**<br>By default, this value is set to the availability zone given by the cloud provider (for example, `us-west` or `apac-south`). For some cases, it could be `nova`.<br><br>(Id.)<br><br>Details also include the choice of "flavor:" |

| | |
|---|---|
| | **Flavor**<br>Specify the size of the instance to launch.<br>**Note**<br>The flavor is selected based on the size of the image selected for launching an instance. For example, while creating an image, if you have entered the value in the Minimum RAM (MB) field as 2048, then on selecting the image, the default flavor is `m1.small`.<br>(Id.) |
| (g) said virtual machine manager implemented in one or more computer code segments to be executed on said at least one protected computing device; | See claim elements 1(c) and 1(d). At least the compute-host/hypervisor stack, and the compute-side Nova components that interface with that stack, are implemented in one or more computer code segments executed on the protected Nova compute node. |
| (h) said virtual machine manager configured to be launched between boot-up of said protected computing device and launch of said operating system, said virtual machine manager configured to cause said authentication server to provide indicia for use in authenticating said at least one protected computing device, said virtual machine manager configured to make a decision based on said indicia from said authentication server whether to allow said at least one protected computing device to either launch or not launch said operating system based upon whether said at least one protected computing device is either authenticated or not, respectively, by said authentication server, said virtual machine manager further comprising a hypervisor configured to control the protected computing device to either launch or not launch the operating system based upon the decision. | ***said virtual machine manager configured to be launched between boot-up of said protected computing device and launch of said operating system***<br><br>For illustrative purposes, the *Nova* service illustrated in the green block below, including *nova-api*, and *nova-compute*/*hypervisor*, is the "virtual machine manager."<br><br><br>The Nova compute node must be booted and running before it can access or execute the hypervisor (e.g., KVM) and its associated libraries. (Khedher, Fig. 4-2 at 119). The hypervisor |

| | |
|---|---|
| | must be executed before it can launch a VM, and it is the launch of the VM that launches the GOS. See prior discussion of claim elements [1(c)] and [1(d)].<br><br>Step 18 in the provisioning of an instance flow diagram above demonstrates that *nova-compute* is already running on the (booted) Nova compute node when it generates data for the hypervisor driver and executes the request to launch a VM instance, the last step in provisioning a VM on a Nova compute node.<br><br>18. nova-compute generates data for the hypervisor driver and executes the request on the hypervisor (via libvirt or API).<br><br>http://docs.openstack.org/icehouse/training-guides/content/associate-computer-node.html<br><br>No VM can be launched by the Nova compute node until the hypervisor library files are accessed and executing. The GOS, which for purposes of the claim chart is "said operating system" of the claim, cannot be launched until the hypervisor instantiates the VM.<br><br>***said virtual machine manager configured to cause said authentication server to provide indicia for use in authenticating said at least one protected computing device***<br><br>When a user seeks to launch an instance through horizon or the CLI interface, *Nova* (the virtual machine manager for purposes of the claim chart) receives the request to launch and is configured through *nova-api* to communicate a request to the Keystone authentication server to provide the authentication and authorization token for use in authenticating the Nova compute node to other OpenStack services.<br><br>In response, the Keystone authentication server validates the token, and updates the token header with permissions and roles. Khedher, at 23, states further that "In this case, the REST API encapsulated with the auth token will be sent [by Keystone] to the compute service endpoint. [ ] The compute API, the *nova-api* subcomponent, checks the auth token coming with a request reaching the compute endpoint. At this stage, the auth token will be validated in return by the identity service, Keystone. The purpose of this secondary interaction with Keystone is to inform the compute API in the request which permissions and roles users will have and for how long the auth token will stay alive before generating a new one (noted as the token expiry period)." |

| | |
|---|---|
| | This token will later be passed by *nova-compute* to the Glance image service where it is validated before any Glance image data is accessible to the Nova compute node. The same process of Nova passing the token to Neutron and Cinder services then follows, as the virtual machine manager instantiates a VM and secure VM environment for the user.<br><br>This is illustrated in the following flow diagram (steps 3, steps 12-17, with emphasis on the arrows shown at steps 3, 12, 14 and 16): |



Dashboard/CLI
1
2
Keystone
Nova
3
nova-api
13
Glance
5
4
12
queue
nova
db
15
Neutron
8
9
10
11
6
7
14
nova
compute
nova
conductor
nova
scheduler
16
17
Cinder
hypervisor
http://docs.openstack.org/icehouse/training-guides/content/associate-computer-node.html

**VM provisioning in-depth**

The request flow for provisioning an instance goes like this:

1. The dashboard or CLI gets the user credentials and authenticates with the Identity Service via REST API.

   The Identity Service authenticates the user with the user credentials, and then generates and sends back an auth-token which will be used for sending the request to other components through REST-call.

2. The dashboard or CLI converts the new instance request specified in **launch instance** or **nova-boot** form to a REST API request and sends it to nova-api.

3. nova-api receives the request and sends a request to the Identity Service for validation of the auth-token and access permission.

   The Identity Service validates the token and sends updated authentication headers with roles and permissions.

4. nova-api checks for conflicts with nova-database.

   nova-api creates initial database entry for a new instance.

5. nova-api sends the rpc.call request to nova-scheduler expecting to get updated instance entry with host ID specified.

6. nova-scheduler picks up the request from the queue.

7. nova-scheduler interacts with nova-database to find an appropriate host via filtering and weighing.

   nova-scheduler returns the updated instance entry with the appropriate host ID after filtering and weighing.

   nova-scheduler sends the rpc.cast request to nova-compute for launching an instance on the appropriate host.

8. nova-compute picks up the request from the queue.

9. nova-compute sends the rpc.call request to nova-conductor to fetch the instance information such as host ID and flavor (RAM, CPU, Disk).

10. nova-conductor picks up the request from the queue.

| | |
|---|---|
| | 11. nova-conductor interacts with nova-database.<br><br>nova-conductor returns the instance information.<br><br>nova-compute picks up the instance information from the queue.<br><br>12. nova-compute performs the REST call by passing the auth-token to glance-api. Then, nova-compute uses the Image ID to retrieve the Image URI from the Image Service, and loads the image from the image storage.<br><br>13. glance-api validates the auth-token with keystone.<br><br>nova-compute gets the image metadata.<br><br>14. nova-compute performs the REST-call by passing the auth-token to Network API to allocate and configure the network so that the instance gets the IP address.<br><br>15. neutron-server validates the auth-token with keystone.<br><br>nova-compute retrieves the network info.<br><br>16. nova-compute performs the REST call by passing the auth-token to Volume API to attach volumes to the instance.<br><br>17. cinder-api validates the auth-token with keystone.<br><br>nova-compute retrieves the block storage info.<br><br>18. nova-compute generates data for the hypervisor driver and executes the request on the hypervisor (via libvirt or API).<br>(Id.)<br><br>The token generated by the authentication server for purposes of this claim chart is the "indicia for use in authenticating said at least one protected computing device."<br><br>"The Identity service generates tokens in exchange for authentication credentials."<br>https://docs.openstack.org/api-ref/identity/v3/#get-service-catalog<br><br>"The way they achieve that is by passing an OpenStack token into the API call—and Keystone is the OpenStack service responsible for generating these tokens. A user receives this token upon successful authentication against Keystone. The token also carries with it authorization. It contains the authorization a user has on the cloud. A token has both an ID and a payload. The ID of a token is guaranteed to be unique per cloud, and the payload contains data about the user."<br>https://www.oreilly.com/library/view/identity-authentication-and/9781491941249/ch01.html |

| | |
|---|---|
| | The token payload includes data identifying the endpoints of the authorized nodes:<br>`"catalog": [`<br>`{`<br>`"endpoints": [...],`<br>`"type": "identity",`<br>`"id": "bd73972c0e14fb69bae8ff76e112a90",`<br>`"name": "keystone"`<br>(Id.(<br><br>"The service catalog is essential for an OpenStack cloud. It contains the URLs and endpoints of the different Cloud services. Without the catalog, users and applications would not know where to route requests to create VMs or store objects. The service catalog is broken up into a list of endpoints, and each endpoint is broken down into an admin URL, internal URL, and public URL, which may be the same." (Id.)<br><br>After you obtain an authentication token, you can:<br>• Make REST API requests to other OpenStack services. You supply the ID of your authentication token in the **X-Auth-Token** request header.<br>• Validate your authentication token and list the domains, projects, roles, and endpoints that your token gives you access to.<br>• Use your token to request another token scoped for a different domain and project.<br>• Force the immediate revocation of a token.<br>• List revoked public key infrastructure (PKI) tokens.<br><br>https://docs.openstack.org/api-ref/identity/v3/#get-service-catalog<br><br>*Nova* determines whether it can complete the process of instantiating a VM with GOS by invoking the necessary auth token received from Keystone. Assuming it has said token, *nova-compute* does the REST call by passing auth-token to, for example, *glance-api*, to get the Image URI by Image ID from glance and upload image from image storage. Similar processes |

| | |
|---|---|
| | are followed for access to other services and related data. Conversely, if *nova-compute* does not have a validated token, it will not and cannot instantiate a VM/GOS.<br><br>In the context of launching a VM/GOS, token validation validates the service catalog which defines all endpoints accessible to the VM/OS once it is launched.<br><br>By enforcing token-based authentication as a mandatory condition for processing instance launch requests, the Nova service elements effectively causes the Keystone authentication server to generate and provide authentication indicia prior to the execution of the virtual machine manager's VM provisioning functions.<br><br>***said virtual machine manager configured to make a decision based on said indicia from said authentication server whether to allow said at least one protected computing device to either launch or not launch said operating system based upon whether said at least one protected computing device is either authenticated or not, respectively, by said authentication server***<br><br>Authentication through Keystone is a necessary gating condition in the VM launch orchestration workflow, enforced across Nova services, without which the VM launch process cannot proceed.<br><br>If *nova-compute* receives a valid token with updates in the token header with permissions and roles, then *nova-compute* will perform the REST API calls in steps 12, 14 and 16 above in order to launch the VM/GOS. If not, then *nova-compute* will not launch the VM/GOS because the Nova compute node executing *nova-compute* does not have a valid authorization or authentication from the Keystone server to launch a VM/GOS.<br><br>As shown, the Nova service, including *nova-api* and *nova-compute*, enforce token-based authorization at multiple stages, such that the VM is only instantiated when valid authentication indicia are present.<br><br>***said virtual machine manager further comprising a hypervisor configured to control the protected computing device to either launch or not launch the operating system based upon the decision.***<br><br>Moreover, as shown above, in *nova- compute*, a component of Nova, *hypervisor* is configured to control the protected computing device to either launch or not launch the operating system |

based upon the enforcement of the token-based authorization scheme at multiple stages, such that the VM is only instantiated by *hypervisor* when valid authentication indicia are present..  If the token has been successfully validated by Glance, Neutron and Cinder (or, in some cases, object storage) services, then Nova proceeds to step 18 in the flow diagram and launches the VM/GOS.  If not, then the launch fails and no VM/GOS is launched.



18. nova-compute generates data for the hypervisor driver and executes the request on the hypervisor (via libvirt or API).

http://docs.openstack.org/icehouse/training-guides/content/associate-computer-node.html