# EXHIBIT "F"

| Exhibit F – Infringement Claim Chart – U.S. Patent No. 10,754,957 and OpenStack | |
|---|---|
| **US Patent No. 10,754,957** | **OpenStack** |
| 6. A non-transitory computer readable medium for creating a distributed computer system spread across multiple network nodes with authentication used to protect against the unauthorized access to system resources, comprising: | As set forth in the Complaint, Samsung uses, offers for sale and sells products and services incorporating the OpenStack system.<br><br>OpenStack includes a set of software components (including the software components of Keystone, Nova, Neutron, Glance, Cinder Swift and Control Plane services) comprising a non-transitory computer readable medium.   Specifically, the OpenStack components are stored on persistent storage media (e.g., server storage, SSDs), which are non-transitory computer readable media accessible to the servers which access and execute the software from persistent storage media.<br><br>"OpenStack is a cloud computing platform that offers a suite of software tools for creating and maintaining both public and private clouds. It gives users the freedom to set up and control an unlimited number of virtual computers, networks, and storage devices."  Bhardwaj, *Building a Private Cloud Using OpenStack,* July 20, 2023, accessed at https://www.opensourceforu.com/2023/07/building-a-private-cloud-using-openstack/?utm_source=chatgpt.com (henceforth, "Bhardwaj").<br><br>"[C]ompute, network, identity, image and storage services are counted as the most basic and core components of the OpenStack ecosystem."  Khedher, *Mastering OpenStack*, at 5, (3d ed. 2024) (hereinafter, "Khedher").<br><br>"A basic installation requires the three nodes they are Controller-node, Network-node and Compute-node.<br>1) Controller Node: It runs control services, such as message queue, database and API services for the Identity Service (Keystone).<br>2) Network Node: It runs networking services and is responsible for virtual networking needed for people to create private or public networks, and uplink their virtual machines into external networks.<br>3) Compute Node: It run the virtual machine instances in OpenStack."  Sahana, et al., "OpenStack Deployment on Multi-Controllers Using DevStack and Integration of Keystone with Centralized LDAP Server," *International Journal of Computer Science and Information Technology Research* ISSN 2348-120X (online), Vol. 3, Issue 3, July - September 2015, at 116, accessed at https://www.researchpublish.com/upload/book/OpenStack%20Deployment-2049.pdf  (henceforth, "Sahana") |

1

|  | The OpenStack software suite—including Keystone, Nova, Neutron, Glance, Cinder, Swift, and associated control plane services—constitutes a non-transitory computer readable medium storing program instructions that, when executed across multiple servers, creates and operates a distributed computer system spanning controller, compute, network, and storage nodes.<br><br>"OpenStack architecture contains several components like controller nodes, compute nodes, neutrons, block storage, and object storage. Here's a brief description of these inter-communicating components (Figure 1). |

2



3

| | "Figure 1: Key components in the OpenStack architecture |
| --- | --- |
| | **Controller node**: This node is responsible for providing most of the OpenStack services such as identity, image store, dashboard, etc. |
| | **Compute node (Nova):** This is responsible for managing and automating compute instances (VMs) in the OpenStack environment. |
| | **Networking** (**Neutron**): This enables networking connectivity and IP addresses for users. |
| | **Block storage node (Cinder)**: This node is used to provide persistent storage for the instances running at OpenStack. |
| | **Object storage (Swift):** This is used for ensuring redundant, scalable, and fault-tolerant storage in the server cluster." |
| | (Bhardwaj). |
| | Nodes operate as physical devices. |
| | "A general guideline for the minimum hardware requirements for an OpenStack deployment is given in Table 1. |
| | Table 1: Minimum hardware requirements to set up OpenStack (Bhardwaj). |
| | The Nova compute nodes and other nodes are distributed on a network, each node having its own computing device (server) and a unique IP address. |

4

The networking configuration of our deployed OpenStack architecture is shown in Figure 2.



*Figure 2: Networking configuration of deployed OpenStack architecture*

(Bhardwaj, Fig. 2).

The foregoing diagram illustrates how an OpenStack user uses a distributed computer network comprising multiple computing devices at separate locations, each device having its own IP address, each location therefore comprising one node on the network.  As deployed, the controller node is separate from the multiple compute nodes, which are separate from the storage nodes.

Bhadwaj, Figure 1 illustrates OpenStack's inclusion of Keystone as the authentication service used to protect against the unauthorized access to system resources.  The OpenStack Security Guide states "Many of these [Keystone] services are used in a combined fashion by the front

5

end. For example, an authentication call validates user and project credentials with the identity service. If successful, it will create and return a token with the token service."
https://docs.openstack.org/security-guide/identity.html

Consistent with the following authorities, OpenStack's architecture defines Keystone as an independent authentication and authorization service that communicates with other services via APIs, deployed on a self-dedicated node or a controller node (embedded in the control plane or "cloud controller", Khedher, at 80)) separate from compute, networking, and storage services.

"[Keystone] presents a vital component to authorize and authenticate service communication to accomplish a specific request., such as storage creation or instance provisioning." (Khedher, at 81). Keystone is also sometimes referred to as the "identity service" of OpenStack, a service independent from the other OpenStack services, illustrated as follows:



6

| | |
|---|---|
| | https://docs.redhat.com/en/documentation/red_hat_openstack_platform/10/html-single/architecture_guide/index?utm_source=chatgpt.com<br><br>Keystone is configured to "authorize and authenticate service communication to accomplish a specific request, such as storage creation or instance provisioning.  As part of the control plane, Keystone consolidates a catalog of all existing OpenStack services to be reached through its API. (Khedher, at 81).<br><br>As shown below, Keystone is configured to employ tokens as a measure of access control to each of the services in OpenStack, including access to resources such as data in the case of access to stored data in Glance, Swift and Cinder.  Access control is one of the pillars of data security in OpenStack.  The token is a mechanism by which a computing device such as a Nova compute node proves it is authenticated to a different OpenStack service on a different node, and therefore entitled to access other OpenStack services on the other nodes, including access to data.<br><br>Whether the service request is to provision an instance or access data from Glance (image data), Cinder (block storage data) or Swift (object storage data), "[a]ccessing a specific service [in Keystone] must be done through obtaining a token.  It can be considered as an information card that validates the user, as well as the expiration date and time.  It also checks which project(s) the token has been associated with, and to which endpoints." (Kheder, at 81). |
| (a) a computer program code segment used to establish an interface facilitating communication over a network to a plurality of remote computing devices, each of said remote computing devices comprising at least one of memory, storage, input/output functions, and network capabilities; | The "interface facilitating communication over a network to a plurality of remote computing devices" in OpenStack is the API layer (REST APIs) exposed by OpenStack services, including the Nova API, Keystone API, Placement API, Glance API, Cinder API, Swift API.  "Obviously, the API part exists in each service.  Remember that is the gate of each module in the OpenStack ecosystem.  Each exposed API service (providing HTTP-based RESTful API) reaches other components and, subsequently, subcomponents via the queuing message service bus, as shown in the following workflow diagram:" |



Figure 1.3 – Low-level services interaction spawning instance workflow

(Kheder, at 21-22, and Fig. 1-3).

In short, OpenStack includes program code that establishes network-accessible interfaces through its service APIs. As explained by Khedher, "the API part exists in each service" and "is the gate of each module in the OpenStack ecosystem," with each API "providing HTTP-based RESTful API" for communication. These APIs constitute interfaces that facilitate communication over a network between OpenStack services and a plurality of remote computing devices, including client devices, client systems and distributed OpenStack nodes on the network.

"***each of said remote computing devices comprising at least one of memory, storage, input/output functions, and network capabilities***."

Each of the remote computing devices (computers and servers) comprise memory and storage, and are network-capable.  (Bhardwaj, Fig. 2).  For example, "A general guideline for the minimum hardware requirements for an OpenStack deployment is given in Table 1.

Table 1: Minimum hardware requirements to set up OpenStack

| Component | CPU (cores) | RAM | Storage hard disk | Number of NICs |
| --- | --- | --- | --- | --- |
| Controller node | Dual-core processor | 8GB | 100GB | 2 NICs |
| Compute node | Dual-core processor | 8GB | 100GB | 2 NICs |
| Block storage node | Dual-core processor | 4GB | 100GB | 1 NIC |
| Object storage node | Dual-core processor | 4GB | 100GB | 1 NIC |

*Bhardwaj*.  Other remote computing devices will similarly have storage, ROM and/or RAM memory, and at least one NIC.  ("NIC" or Network interface card/controller" is the hardware (or virtual hardware) that enables a computing device to connect to a network. It provides a physical or virtual connection to a network (Ethernet, Wi-Fi, etc.), a unique identifier (e.g., MAC address and the ability to send and receive network traffic).

9

| | |
|---|---|
| (b) a computer program code segment used to receive a request from a first of said plurality of remote computing devices located at a first network node for a virtual machine, said virtual machine corresponding to an operating system; | "*a first of said plurality of remote computing devices located at a first network node*"<br><br>The request originates from:<br>    (a) a remote computing device, such as a client device executing a web browser that accesses the Horizon dashboard, or<br>    (b) a system executing an OpenStack command-line interface (CLI).<br>Either (a) or (b) above qualifies as a "first of said plurality of remote computer devices located at a first network node."  Both (a) and (b) devices above are distinct from the nodes hosting OpenStack services such as controller nodes, compute nodes and storage nodes.  For example, CLI requests may originate from user workstations or administrative machines within the distributed network, each constituting a remote computing device separate from the node. These CLI requests are routed through a switch to one or more of the OpenStack service nodes. *(See* Khedher, at 23 ("A REST API call will be initiated using Horizon or the CLI and reaches the identity service Keystone endpoint.")).<br><br>The following demonstrates using a client device on the network to access the dashboard to launch a VM:<br><br>## Launch an instance<br><br>1. Log in to the dashboard.<br>2. Select the appropriate project from the drop down menu at the top left.<br>3. On the `Project` tab, open the `Compute` tab and click `Instances` category.<br>    The dashboard shows the instances with its name, its private and floating IP addresses, size, status, task, power state, and so on.<br>4. Click `Launch Instance`.<br>5. In the `Launch Instance` dialog box, specify the following values:<br>    `Details` tab<br>https://docs.openstack.org/horizon/latest/user/launch-instances.html<br><br>Details include instance name, description of the VM and Availability Zone, among others: |

**Instance Name**

Assign a name to the virtual machine.

> **⊘ Note**
>
> The name you assign here becomes the initial host name of the server. If the name is longer than 63 characters, the Compute service truncates it automatically to ensure dnsmasq works correctly.
>
> After the server is built, if you change the server name in the API or change the host name directly, the names are not updated in the dashboard.
>
> Server names are not guaranteed to be unique when created so you could have two instances with the same host name.

**Description**

You can assign a brief description of the virtual machine.

**Availability Zone**

By default, this value is set to the availability zone given by the cloud provider (for example, `us-west` or `apac-south`). For some cases, it could be `nova`.

(Id.)

**For purposes of this claim chart, "a computer program code segment used to receive a request [from a user client device] for a virtual machine" is met by at least the *nova-api* software component of a Nova compute node.**

This is demonstrated in Steps 2 and 3 of the diagram below:

11



**VM provisioning in-depth**

The request flow for provisioning an instance goes like this:

1. The dashboard or CLI gets the user credentials and authenticates with the Identity Service via REST API.

   The Identity Service authenticates the user with the user credentials, and then generates and sends back an auth-token which will be used for sending the request to other components through REST-call.

2. The dashboard or CLI converts the new instance request specified in **launch instance** or **nova-boot** form to a REST API request and sends it to nova-api.

3. nova-api receives the request and sends a request to the Identity Service for validation of the auth-token and access permission.

   The Identity Service validates the token and sends updated authentication headers with roles and permissions.

4. nova-api checks for conflicts with nova-database.

   nova-api creates initial database entry for a new instance.

5. nova-api sends the rpc.call request to nova-scheduler expecting to get updated instance entry with host ID specified.

6. nova-scheduler picks up the request from the queue.

7. nova-scheduler interacts with nova-database to find an appropriate host via filtering and weighing.

   nova-scheduler returns the updated instance entry with the appropriate host ID after filtering and weighing.

   nova-scheduler sends the rpc.cast request to nova-compute for launching an instance on the appropriate host.

8. nova-compute picks up the request from the queue.

9. nova-compute sends the rpc.call request to nova-conductor to fetch the instance information such as host ID and flavor (RAM, CPU, Disk).

10. nova-conductor picks up the request from the queue.

13

11. `nova-conductor` interacts with `nova-database`.

    `nova-conductor` returns the instance information.

    `nova-compute` picks up the instance information from the queue.

12. `nova-compute` performs the REST call by passing the auth-token to `glance-api`. Then, `nova-compute` uses the Image ID to retrieve the Image URI from the Image Service, and loads the image from the image storage.

13. `glance-api` validates the auth-token with keystone.

    `nova-compute` gets the image metadata.

14. `nova-compute` performs the REST-call by passing the auth-token to Network API to allocate and configure the network so that the instance gets the IP address.

15. `neutron-server` validates the auth-token with keystone.

    `nova-compute` retrieves the network info.

16. `nova-compute` performs the REST call by passing the auth-token to Volume API to attach volumes to the instance.

17. `cinder-api` validates the auth-token with keystone.

    `nova-compute` retrieves the block storage info.

18. `nova-compute` generates data for the hypervisor driver and executes the request on the hypervisor (via libvirt or API).

http://docs.openstack.org/icehouse/training-guides/content/associate-computer-node.html

A similar discussion of the VM provisioning flow is provided by Khedher at 23-26 and Gupta, "Request Flow for Provisioning Instance in Openstack," April 26, 2013, accessed at www.web.archive.org/web/20130505081846/http://ilearnstack.wordpress.com

**For purposes of this claim chart, "said virtual machine corresponding to an operating system" refers to the VM that corresponds to its guest operating system (GOS).**

In operation, each Nova compute node launches an instance (which is comprised of a VM and a VM-based guest operating system, or GOS). Therefore, each Nova compute node in operation has one or more virtual machines (VMs) in the normal course, and each VM is deployed with an associated GOS.

14

| | |
|---|---|
| | A wide variety of guest operating systems work with each VM instantiated by the *nova-compute/hypervisor* stack (e.g., KVM), including, e.g., Linux, BSD, Solaris, Windows, Haiku, ReactOS and AROS Research OS. |
| (c) a computer program code segment used to communicate a request to authenticate to an authentication server located at a second network node prior to providing said virtual machine; | OpenStack is configured such that authentication indicia must be obtained prior to VM provisioning. The authentication process begins with a request to authenticate to the Keystone authentication server. VM provisioning only occurs after the authentication process is completed.<br><br>***"a computer program code segment used to communicate a request to authenticate to an authentication server located at a second network node"***<br><br>As shown in element 1(b) above, the first network node corresponds to a client computing device, such as a user workstation executing a web browser or command-line interface. The Horizon dashboard, hosted on a separate server at a separate location on the network, receives requests from the client device and includes program code that, at step 1 below, communicates an authentication request to the Keystone identity service, which is located at a separate network node.<br><br>Independently, as shown in steps 2-3 below, *nova-api*, hosted on a separate server at a separate location on the network from the first network node (which corresponds to a client computing device, such as a user workstation executing a web browser or command-line interface) also includes program code that communicates an authentication request to the Keystone identity service (which is also located at a separate network node from the first network node described above). |



| | |
|---|---|
| | **VM provisioning in-depth**<br><br>The request flow for provisioning an instance goes like this:<br><br>1. The dashboard or CLI gets the user credentials and authenticates with the Identity Service via REST API.<br><br>   The Identity Service authenticates the user with the user credentials, and then generates and sends back an auth-token which will be used for sending the request to other components through REST-call.<br><br>2. The dashboard or CLI converts the new instance request specified in **launch instance** or **nova-boot** form to a REST API request and sends it to `nova-api`.<br><br>3. `nova-api` receives the request and sends a request to the Identity Service for validation of the auth-token and access permission.<br><br>   The Identity Service validates the token and sends updated authentication headers with roles and permissions.<br><br>http://docs.openstack.org/icehouse/training-guides/content/associate-computer-node.html<br><br><br>**"prior to providing said virtual machine"**<br><br>In the flow diagram above, the VM is not and cannot be instantiated until later, after authentication is completed and the authentication and authorization token is validated by the services necessary to render a VM, at step 18.<br><br>18. `nova-compute` generates data for the hypervisor driver and executes the request on the hypervisor (via libvirt or API).<br><br>http://docs.openstack.org/icehouse/training-guides/content/associate-computer-node.html |
| (d) a computer program code segment used to either provide said virtual machine and launch said operating system, or to not launch at least one of said virtual machine or said operating system, based at least in part upon action undertaken by said authentication server in response to said request to authenticate, | Again, OpenStack is configured such that authentication indicia must be obtained prior to VM provisioning. The *compute-node/hypervisor* stack comprises program code used to provide the VM, but only after authentication is complete and a valid token is created in response to a request to authenticate. The token provides authentication and authorization indicia for services and requests within the system.<br><br>*"a computer program code segment used to either provide said virtual machine and launch said operating system, or to not launch at least one of said virtual machine or said operating system"* |

17

This element is met by the program code of the *nova-compute/hypervisor* stack of Nova.  In *nova- compute*, a component of Nova,  *hypervisor* is configured to control the protected computing device to either launch or not launch the operating system based upon the enforcement of the token-based authorization scheme at multiple stages, such that the VM is only instantiated by *hypervisor* when valid authentication indicia are present.  If the token has been successfully validated by Glance, Neutron and Cinder (or, in some cases, object storage) services at steps 12, 14 and 16 of the above-referenced VM provisioning flow diagram, then Nova proceeds to step 18 in the flow diagram and launches the VM/GOS.  If not, then the launch fails and no VM/GOS is launched.

```
18. nova-compute generates data for the hypervisor driver and executes the request on the hypervisor
    (via libvirt or API).
```

http://docs.openstack.org/icehouse/training-guides/content/associate-computer-node.html

***"based at least in part upon action undertaken by said authentication server in response to said request to authenticate"***

As discussed in claim element 1(c), when a user seeks to launch an instance through horizon or the CLI interface, Khedher, at 23, states that "A REST API call will be initiated using Horizon or the CLI and reaches the identity service Keystone endpoint.  [ ] Keystone challenges the request, gets the user credentials (a form of username and password), and validates the authentication via its API.  [ ] The validated authentication generates an authorization token (an auth token) back to the requester user.  The auth token will be cached for the specific user to be used for subsequent API REST calls between the rest of the services."

Keystone authentication server at step 3 validates the token, and updates the token header with permissions and roles.

This validated token will later be passed by the Nova compute server to the Glance image service where it is validated before any Glance image data is accessible to the Nova compute node.  The same process of Nova compute node passing the token to Neutron and Cinder services then follows, as the virtual machine manager instantiates a VM and secure VM environment for the user.  *Nova* proceeds with instance creation only upon successful validation of authentication indicia generated by Keystone.

18

This is illustrated in the following flow diagram at claim element 1(b) in steps 3, and steps 12-17, with emphasis on the arrows shown at steps 3, 12, 14 and 16:

http://docs.openstack.org/icehouse/training-guides/content/associate-computer-node.html

Again, if the token has been successfully validated by Glance, Neutron and Cinder (or, in some cases, object storage) services at steps 12, 14 and 16 of the above-referenced VM provisioning

| | |
|---|---|
| | flow diagram, then Nova proceeds to step 18 in the flow diagram and launches the VM/GOS. If not, then the launch fails and no VM/GOS is launched. |
| (e) a computer program code segment used to communicate with a network administration computer, wherein said network administration computer monitors and presents data relating to a first attribute or characteristic of at least one of said virtual machine and distributed system. | "***a computer program code segment used to communicate with a network administration computer***"<br><br>Horizon/Dashboard service comprises program code which, when in operation, is used as a web interface/dashboard service connecting OpenStack to the network administrator, among other users.   (Bhardwaj, Fig. 1).<br><br>For Admins:  "The OpenStack Dashboard is a web-based interface that allows you to manage OpenStack resources and services. The Dashboard allows you to interact with the OpenStack Compute cloud controller using the OpenStack APIs."<br>https://docs.openstack.org/horizon/latest/admin/index.html<br><br>"Horizon is a modular Django web application that provides an end user and administrator interface to OpenStack services." |



"*wherein said network administration computer monitors and presents data relating to a first attribute or characteristic of at least one of said virtual machine and distributed system*"

"Using the Dashboard, you can view default Compute and Block Storage quotas for new projects, as well as update quotas for existing projects."
https://docs.openstack.org/horizon/latest/admin/set-quotas.html

21

**Quota Descriptions**

| Quota Name | Defines the number of | Service |
|---|---|---|
| Gigabytes | Volume gigabytes allowed for each project. | Block Storage |
| Instances | Instances allowed for each project. | Compute |
| Injected Files | Injected files allowed for each project. | Compute |
| Injected File Content Bytes | Content bytes allowed for each injected file. | Compute |
| Key pairs | Number of key pairs. | Compute |
| Metadata Items | Metadata items allowed for each instance. | Compute |
| RAM (MB) | RAM megabytes allowed for each instance. | Compute |
| Security Groups | Security groups allowed for each project. | Compute |
| Security Group Rules | Security group rules allowed for each project. | Compute |
| Snapshots | Volume snapshots allowed for each project. | Block Storage |
| vCPUs | Instance cores allowed for each project. | Compute |
| Volumes | Volumes allowed for each project. | Block Storage |

(Id.)

22

## View default project quotas

1. Log in to the dashboard and select the admin project from the drop-down list.
2. On the Admin tab, open the System tab and click the Default Quotas category.
3. The default quota values are displayed.

> **Note**
>
> You can sort the table by clicking on either the Quota Name or Limit column headers.

## Update project quotas

1. Log in to the dashboard and select the admin project from the drop-down list.
2. On the Admin tab, open the System tab and click the Default Quotas category.
3. Click the Update Default Quotas button.
4. In the Update Default Quotas window, you can edit the default quota values.
5. Click the Update Default Quotas button.

(Id.)

"As an administrative user, you can manage instances for users in various projects. <u>You can view</u>, terminate, edit, perform a soft or hard reboot, <u>create a snapshot from</u>, and migrate instances. You can also <u>view the logs for instances</u> or launch a VNC console for an instance."
https://docs.openstack.org/horizon/latest/admin/manage-instances.html

The Dashboard monitors the status of a VM, and presents to the admin user, among other things, attributes of a virtual machine, including VM name, its image name, IP address, size, status, task, power state, and time since created:

23



Figure Dashboard — Instance Actions

(Id.)

24