**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| COMPUTER PROTECTION IP, LLC, a Georgia limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action File No. |
| v. | ) ) | 2:26-cv-414 |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

## NOTICE OF ENTRY OF APPEARANCE

Notice is hereby given that David K. Ludwig enters his appearance as counsel on behalf of Plaintiff Computer Protection IP, LLC in this matter. David K. Ludwig may receive all communications from the Court and from other parties at: Hill, Kertscher & Wharton, LLP, 3625, Cumberland Blvd. SE, Suite 1050 Atlanta, GA 30339; telephone: (770) 953-0995; email: dludwig@hkw-law.com.

This 17th day of June, 2026.

2

Respectfully submitted,

**_/s/ David K. Ludwig_**
David K. Ludwig
Georgia State Bar No. 616971
HILL, KERTSCHER & WHARTON, LLP
3625 Cumberland Blvd. SE, Suite 1050
Atlanta, GA 30339
Telephone: (770) 953-0995
Email: dludwig@hkw-law.com

*Counsel for Plaintiff*

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY on this 17th day of June, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

Respectfully submitted,

*<u>/s/ David K. Ludwig</u>*
David K. Ludwig
GA Bar No.: 616971

*Counsel for Plaintiff*