**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| COMPUTER PROTECTION IP, LLP<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.<br><br>*Defendants*. | <br><br><br><br>Civil Action No. 2:26-cv-00414-JRG<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**

Defendants Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd., (collectively "Defendants"), file this Unopposed Motion for an Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff 's Complaint, filed May 19, 2026 (ECF No. 1). The answer to the Complaint is currently due September 15, 2026. The parties have met and conferred and agreed on an additional thirty-day (30) extension, making the new answer deadline October 15, 2026.

There is good cause for this request because granting the additional extension will allow the parties to narrow or eliminate disputes related to Defendants' response.

For this reason, Defendants respectfully request that the Court grant this unopposed motion and extend its deadline to move, answer or otherwise respond to the Complaint up to and through October 15, 2026.

Dated: August 19, 2026

Respectfully submitted,

By: */s/ Melissa R. Smith*

Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

***Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 19th day of August, 2026.

*/s/ Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff. Counsel for Plaintiff indicated that it is unopposed to this motion.

*/s/ Melissa R. Smith*
Melissa R. Smith