**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

COMPUTER PROTECTION IP, LLP

*Plaintiff*,

v.

SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.

*Defendants*.

Civil Action No. 2:26-cv-00414-JRG

**JURY TRIAL DEMANDED**

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**

Before the Court is Defendants Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd.'s Unopposed Motion for Extension of Time Move, Answer or Otherwise Respond to Plaintiff's Complaint. The Court, having considered same, is of the opinion the motion should be **GRANTED**. It is **ORDERED** that the deadline for Defendants to move, answer, or otherwise respond to Plaintiff's Complaint is October 15, 2026.