**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| COMPUTER PROTECTION IP, LLC,<br>a Georgia limited liability company,<br><br>*Plaintiff*,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action File No.<br>2:26-cv-414-JRG<br><br>**JURY TRIAL DEMANDED** |

**<u>JOINT MOTION TO AMEND PATENT DISCLOSURE DEADLINES</u>**

Plaintiff Computer Protection IP, LLC ("CPIP" or "Plaintiff") and Defendants Samsung Electronics America, Inc. and Samsung Electronics Company, Ltd., (collectively "Defendants"), file this Joint Motion to Amend Patent Disclosure Deadlines, showing the Court the following in support thereof:

Defendants have not filed an answer or a Rule 12 motion in the instant case. On August 19, 2026, Defendants filed an unopposed motion to extend the time for their answer or other initial pleading in the case to October 15, 2026. (Dkt. No. 11). The unopposed motion stated in part that "granting the additional extension will allow the parties to narrow or eliminate disputes related to Defendants' response." The unopposed motion is currently pending.

The Court's Order dated August 24, 2026 set the Scheduling Conference in this case for September 30, 2026. (Dkt. No. 12). The Order establishes that the Plaintiff's LPR 3-1 and 3-2 patent disclosures are due September 16, 2024. Under the Order, Defendant's LPR 3-3 and 3-4 patent disclosures, and compliance with the Standing Order Regarding Subject-Matter Eligibility

Contentions, are due 8 weeks later.

The parties have met and conferred and agreed on a six-week extension of the due dates for these disclosures (see chart below), and for the deadline to add any parties, in accordance with the following amended schedule, which does not amend the deadline for filing the Discovery Order or the Protective Order.

There is good cause for this request because: (1) Lead counsel for the Plaintiff will be out of the country on a scheduled family vacation from August 28, 2026 through September 25, 2026, and therefore needs additional time to complete the LPR 3-1 and 3-2 patent disclosures which are presently scheduled for September 16, 2026; (2) granting the amended disclosure deadlines will allow the Plaintiff to consider the contents of Defendants' answer or other initial pleading into account in fashioning its preliminary infringement contentions; and (3) granting the amended disclosure deadlines will allow the parties to narrow, eliminate or resolve disputes related to the Asserted Patents before the presentation of preliminary infringement contentions.

For this reason, Defendants respectfully request that the Court grant this Joint Motion and amend the deadlines set forth in its August 24, 2026 Order as follows:

| | |
|---|---|
| 12 Weeks After Scheduling Conference | Comply with Standing Order Regarding Subject-Matter Eligibility Contentions |
| 12 Weeks After Scheduling Conference | Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) |
| 3 Weeks After Scheduling Conference | * File proposed Protective Order and Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures)<br><br>The proposed Protective Order shall be filed as a separate motion with the caption indicating whether or not the proposed order is opposed in any part. |

| | |
|---|---|
| 2 Weeks After Scheduling Conference | * File proposed Discovery Order<br><br>The proposed Discovery Order shall be filed as a separate motion with the caption indicating whether or not the proposed order is opposed in any part. |
| 5 Weeks After Scheduling Conference | Join Additional Parties |
| 4 Weeks After Scheduling Conference | Comply with P.R. 3-1 & 3-2 (Infringement Contentions) |

This 26th day of August, 2026.

By: ***/s/ Steven G. Hill***
Steven G. Hill
Georgia Bar No. 354658
David K. Ludwig
Georgia Bar No. 616971
**HILL, KERTSCHER & WHARTON, LLP**
3625 Cumberland Blvd., SE, Suite 1050
Atlanta, Georgia 30339-6406
Tel.: (770) 953-0995
Email: sgh@hkw-law.com
Email: dludwig@hkw-law.com

***Counsel for Plaintiff***

By: ***/s/ Melissa R. Smith***
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Email: melissa@gillamsmithlaw.com

***Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.***

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff has met and conferred with counsel for Defendants and this motion is being filed jointly.

***/s/ Steven G. Hill***
Steven G. Hill
GA Bar No. 354658

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 26th day of August, 2026.

***/s/ Steven G. Hill***
Steven G. Hill
GA Bar No. 354658

*Counsel for Plaintiff*