**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| COMPUTER PROTECTION IP, LLC,<br>a Georgia limited liability company,<br><br>*Plaintiff*,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Civil Action File No.<br>2:26-cv-414-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION TO AMEND PATENT DISCLOSURE DEADLINES**

Before the Court is the Joint Motion to Amend Patent Disclosure Deadlines, filed August 26, 2026 (Dkt. 13). Having considered the Motion, and for good cause shown therein, the Court finds that the Motion should be GRANTED. Accordingly, the patent disclosure deadlines set forth in the Court's Order dated August 22, 2026 (Dkt. 12) are hereby amended as follows:

| | |
|---|---|
| 12 Weeks After Scheduling Conference | Comply with Standing Order Regarding Subject-Matter Eligibility Contentions |
| 12 Weeks After Scheduling Conference | Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) |
| 3 Weeks After Scheduling Conference | * File proposed Protective Order and Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures)<br><br>The proposed Protective Order shall be filed as a separate motion with the caption indicating whether or not the proposed order is opposed in any part. |

| | |
|---|---|
| 2 Weeks After Scheduling Conference | * File proposed Discovery Order<br><br>The proposed Discovery Order shall be filed as a separate motion with the caption indicating whether or not the proposed order is opposed in any part. |
| 5 Weeks After Scheduling Conference | Join Additional Parties |
| 4 Weeks After Scheduling Conference | Comply with P.R. 3-1 & 3-2 (Infringement Contentions) |