**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| COMPUTER PROTECTION IP, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD. ET AL.<br><br>Defendants. | CIVIL ACTION NO. 2:26-cv-414-JRG<br><br>JURY TRIAL REQUESTED |

**NOTICE OF ATTORNEY APPEARANCE**

Notice is hereby given that the undersigned attorney, Elizabeth L. DeRieux, enters her appearance in this matter as counsel for Plaintiff, Computer Protection IP, LLC for the purpose of receiving notices and orders from the Court.

Dated: August 27, 2026

Respectfully submitted,

/s/ Elizabeth L. DeRieux

Steven G. Hill
Georgia Bar No. 354658
David K. Ludwig
Georgia Bar No. 616971
HILL, KERTSCHER & WHARTON, LLP
3625 Cumberland Blvd., SE, Suite 1050
Atlanta, Georgia 30339-6406
Tel.: (770) 953-0995
Email: sgh@hkw-law.com
Email: dludwig@hkw-law.com

Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@capshawlaw.com
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: 903-845-5770

ATTORNEYS FOR PLAINTIFF
COMPUTER PROTECTION IP, LLC