**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| COMPUTER PROTECTION IP, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD. ET AL.<br><br>Defendants. | CIVIL ACTION NO. 2:26-cv-414-JRG<br><br>JURY TRIAL REQUESTED |

**JURY DEMAND**

Plaintiff, Computer Protection IP, LLC demands trial by jury on all claims and issues so triable.

Dated: August 27, 2026

Respectfully submitted,

/s/ Elizabeth L. DeRieux

Steven G. Hill
Georgia Bar No. 354658
David K. Ludwig
Georgia Bar No. 616971
HILL, KERTSCHER & WHARTON, LLP
3625 Cumberland Blvd., SE, Suite 1050
Atlanta, Georgia 30339-6406
Tel.: (770) 953-0995
Email: sgh@hkw-law.com
Email: dludwig@hkw-law.com

Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@capshawlaw.com
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: 903-845-5770

ATTORNEYS FOR PLAINTIFF
COMPUTER PROTECTION IP, LLC