**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| COMPUTER PROTECTION IP, LLC,<br>a Georgia limited liability company,<br><br>*Plaintiff*,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>Civil Action File No.<br>2:26-cv-414-JRG<br><br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Computer Protection IP, LLC ("CPIP" or "Plaintiff") hereby gives notice of its voluntary dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1). The Defendant has not yet served either an answer or a motion for summary judgment.

This 16th day of September, 2026.

By: ***/s/ Steven G. Hill***
Steven G. Hill
Georgia Bar No. 354658
David K. Ludwig
Georgia Bar No. 616971
**HILL, KERTSCHER & WHARTON, LLP**
3625 Cumberland Blvd., SE, Suite 1050
Atlanta, Georgia 30339-6406
Tel.: (770) 953-0995
Email: sgh@hkw-law.com
Email: dludwig@hkw-law.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 16th day of September, 2026.

***/s/ Steven G. Hill***
Steven G. Hill
Georgia Bar No. 354658

*Counsel for Plaintiff*